# United States Bankruptcy Court
## Northern District of Iowa (Mason City)
## Bankruptcy Petition #: 19–00507

*Date filed:* 04/25/2019
*Date converted:* 12/09/2019
*341 meeting:* 01/27/2020
*Deadline for filing claims:* 04/08/2020

*Assigned to:* Thad J. Collins
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

| | |
|---|---|
| *Debtor*<br>**McQuillen Place Company, LLC**<br>1110 North Grand Ave., Suite 300<br>Charles City, IA 50616<br>FLOYD–IA<br>847–456–1911<br>Tax ID / EIN: 46–3987825<br>*aka* **Classic Cleaners**<br>*aka* **Classic Cleaners of Charles City** | represented by **J D Haas**<br>J D Haas & Associates, PLLC<br>1120 E. 80th St.<br>Suite 200<br>Bloomington, MN 55420<br>952–345–1025<br>Fax : 952–854–1665<br>Email: jdhaas@jdhaas.com<br><br>**Donald H. Molstad**<br>701 Pierce St., Ste. 305<br>Sioux City, IA 51101<br>712–255–8036<br>Email: judylaw308@yahoo.com<br><br>**Charles McQuillen Thomson**<br>Law Office of Charles M. Thomson<br>1110 North Grand Ave., Suite 300<br>Charles City, IA 50616<br>847–456–1911<br>Fax : 847–495–3488<br>Email: cthomson@doall.com |
| *Trustee*<br>**Charles L. Smith**<br>25 Main Place, Ste 200<br>P.O. Box 248<br>Council Bluffs, IA 51502–0248<br>712–325–9000 | represented by **Telpner Peterson Law Firm, LLP**<br>25 Main Place, Suite 200<br>Council Bluffs, IA 51503<br>712–325–9000 |
| *U.S. Trustee*<br>**United States Trustee**<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401–2101<br>319–364–2211 | represented by **L Ashley Zubal**<br>U.S. Trustee<br>Federal Building<br>210 Walnut Street, Rm 793<br>Des Moines, IA 50309–2108<br>515–323–2269<br>Email: Ashley.zubal@usdoj.gov |

*Cred. Comm. Chair*
**Allen O. Pederson**
412 Sample Street
Nashua, IA 50658

| Filing Date | # | Docket Text |
|---|---|---|
| 04/25/2019 | <u>1</u> | Chapter 11 Voluntary Petition for Non–Individuals with Incomplete Schedules. Fee Amount $1717. Debtor(s) McQuillen Place Company, LLC. (Thomson, Charles) (Entered: 04/25/2019) |
| 04/25/2019 | <u>2</u> | Chapter 11 Non–Individual: 20 Largest Creditors Filed by Debtor McQuillen Place Company, LLC. (Thomson, Charles) (Entered: 04/25/2019) |
| 04/25/2019 | <u>3</u> | Declaration Under Penalty of Perjury for Non–Individual Debtors Re: 20 Largest Creditors Filed by Debtor McQuillen Place Company, LLC. (Thomson, Charles) (Entered: 04/25/2019) |
| 04/26/2019 | <u>4</u> | Notice of Appearance and Request for Notice by Larry S. Eide Filed by Creditor First Security Bank & Trust Company. (Eide, Larry) (Entered: 04/26/2019) |
| 04/26/2019 | <u>5</u> | Amended Schedule(s) Voluntary Petition for Non–Individual Filed by Debtor McQuillen Place Company, LLC. (Thomson, Charles) (Entered: 04/26/2019) |
| 04/26/2019 | <u>6</u> | Notice of Appearance and Request for Notice by L Ashley Zubal Filed by U.S. Trustee United States Trustee. (Zubal, L) (Entered: 04/26/2019) |
| 04/29/2019 | <u>8</u> | Original Matrix Filed by Debtor McQuillen Place Company, LLC. (Thomson, Charles) Modified on 4/29/2019 (Meier, Jennifer). (Entered: 04/29/2019) |
| 05/01/2019 | <u>12</u> | Meeting of Creditors Chapter 11 341(a) meeting to be held on 6/14/2019 at 01:00 PM at Mason City 341 Meeting Room. (tsta) (Entered: 05/01/2019) |
| 05/03/2019 | <u>14</u> | Notice of Appearance and Request for Notice by Laura Michelle Hyer Filed by Interested Party Cedar Rapids Bank & Trust Company. (Hyer, Laura) (Entered: 05/03/2019) |
| 05/03/2019 | <u>15</u> | Notice of Appearance and Request for Notice by Joseph E. Schmall Filed by Interested Party Cedar Rapids Bank & Trust Company. (Schmall, Joseph) (Entered: 05/03/2019) |
| 05/06/2019 | <u>17</u> | Application to Employ Donald H. Molstad as Attorney Filed by McQuillen Place Company, LLC (Molstad, Donald) (Entered: 05/06/2019) |
| 05/06/2019 | <u>18</u> | Support Document re: Application to Employ *Rule 2014 Verification* Filed by Debtor McQuillen Place Company, LLC (related document(s)<u>17</u> Application to Employ). (Molstad, Donald) (Entered: 05/06/2019) |
| 05/07/2019 | <u>19</u> | Notice of Appearance and Request for Notice by *T–J Service, Inc.* Christine B. Skilton Filed by Creditor T–J Service, Inc.. (Skilton, Christine) (Entered: 05/07/2019) |
| 05/10/2019 | <u>20</u> | Disclosure of Compensation of Attorney for Debtor, Statement of Financial Affairs for for Non–Individual , Summary of Assets and Liabilities for Non–Individual , Original Schedule(s) A/B,D,E/F,G,H,I,J |

| | | | |
|---|---|---|---|
| | | | for Non–Individual , Declaration Under Penalty of Perjury for Non–individual Debtors , Equity Security Holders , Statement of Corporate Ownership filed. Filed by Debtor McQuillen Place Company, LLC (related document(s)9 Notice And Order re Incomplete Filing). (Molstad, Donald) (Entered: 05/10/2019) |
| 05/14/2019 | | 22 | Notice of Appearance and Request for Notice by Bradley David Sloter Filed by Interested Party City of Charles City, Iowa. (Sloter, Bradley) (Entered: 05/14/2019) |
| 05/14/2019 | | 23 | Corporate Resolution Filed by Debtor McQuillen Place Company, LLC. (Molstad, Donald) (Entered: 05/14/2019) |
| 05/16/2019 | | 24 | Notice of Appearance and Request for Notice by Judith O'Donohoe Filed by Creditor Elwood Law Office. (O'Donohoe, Judith) Modified on 5/17/2019 (tsta). (Entered: 05/16/2019) |
| 05/20/2019 | | 25 | Notice of Appointment of Creditors' Committee Filed by United States Trustee. (United States Trustee) (Entered: 05/20/2019) |
| 05/28/2019 | | 26 | Order Granting Application to Employ Donald H. Molstad as Attorney (Related Doc # 17) Dated and Entered on 5/28/2019. (tsta) (Entered: 05/28/2019) |
| 05/30/2019 | | 27 | Addition to Matrix Filed by Debtor McQuillen Place Company, LLC. (Molstad, Donald) (Entered: 05/30/2019) |
| 06/17/2019 | | 29 | Meeting of Creditors Held Filed by United States Trustee. (United States Trustee) (Entered: 06/17/2019) |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Iowa__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. Debtor's name

   **McQuillen Place Company, LLC**

2. All other names debtor used in the last 8 years

   Include any assumed names, trade names, and *doing business as* names

   **Classic Cleaners**
   **Classic Cleaners of Charles City**

3. Debtor's federal Employer Identification Number (EIN)

4. Debtor's address

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|

   **1110 North Grand Ave., Suite 300**
   Number     Street

   Number     Street

   P.O. Box

   **Charles City       Iowa    50616**
   City               State    ZIP Code

   City               State    ZIP Code

   Location of principal assets, if different from principal place of business

   **Floyd County**
   County

   **123 North Main Street**
   Number     Street

   **Charles City, Iowa 50616**
   City               State    ZIP Code

5. Debtor's website (URL)

6. Type of debtor

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 5 | 3 | 1 | 3 |
|---|---|---|---|

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When ____/____/____ Case number _____
MM / DD / YYYY

District _____ When ____/____/____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ____/____/____
MM / DD / YYYY

Case number, if known _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

| Debtor | **McQuillen Place Company, LLC** | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☒ Yes. Insurance agency   **DSP Insurance Services**

Contact name   **Melissa Ocampo**

Phone   **847.485.2426**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

6

**McQuillen Place Company, LLC**

Debtor _____
         Name

Case number (if known)_____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/25/2019**
              MM / DD / YYYY

✖ *Charles M. Thomson*                        **Charles M. Thomson**
Signature of authorized representative of debtor    Printed name

Title   **Member**

---

**18. Signature of attorney**

✖ *Charles M. Thomson*    Date   **04/25/2019**
Signature of attorney for debtor           MM / DD / YYYY

**Charles M. Thomson**
Printed name
**Law Office of Charles M. Thomson**
Firm name
**1110 North Grand Ave., Suite 300**
Number        Street
**Charles City**                    **Iowa**        **50616**
City                                State       ZIP Code
**847-456-1911**                    **cthomson@doall.com**
Contact phone                       Email address

**AT00010387**                      **Iowa**
Bar number                          State

---

**Fill in this information to identify the case:**

Debtor name  McQuillen Place Company, LLC

United States Bankruptcy Court for the:   **Northern**     District of   **Iowa**
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **First Security Bank** **809 Clark Street** **Charles City, Iowa 50616** | **Mark Miller** **641-228-2343** | **unsecured deficiency claim** | **disputed** | $3,250,000 | $500,000 (est.) | $2,750,000 |
| 2 | **Schindler Elevator Corp.** **1530 Timberwolf Drive** **Holland, Ohio 43528** | | | **disputed, mech. lien claimed** | | | $57,907.00 |
| 3 | **Design Build Structures** **7518 Peosta Industrial Drive** **Peosta, Iowa 52068** | **William Vernon** **319-896-4057** **bvernon@spmblaw.com** | | | | | $31,619.71 |
| 4 | **Midwest Fire Sprinkler** **2001 De Wolf Street** **Des Moines, Iowa 50316** | | | | | | $24,000.00 |
| 5 | **Planscape Partners** **1200 Nicollet Ave.** **Suite 706** **Minneapolis, MN 55403** | **Ron Fiscus** **612-599-4590** | | | | | $20,587.50 |
| 6 | **TJ Appliance** **221 North Main Street** **Charles City, Iowa 50616** | **Tom Bock** | | | | | $18,499.83 |
| 7 | **Pederson Plumbing** **412 Sample Street** **Nashua, Iowa 50658** | **Al Pederson** | | | | | $18,000.00 |
| 8 | **Bluhm's Cedar Valley Electric** **409 South Johnson Street** **Charles City, Iowa 50616** | **Jim Bluhm** | | | | | $15,000.00 |

Debtor  __McQuillen Place Company, LLC_____    Case number (if known)_____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hawkeye Alarm 16 Commercial Street Waterloo, Iowa 50701 | | | | | | $8,800.00 |
| 10 | Dean Snyder Construction 913 N. 14th Street Clear Lake, Iowa 50428 | Seth Meyer (641)357-2283 | | | | | $8,068.17 |
| 11 | Unruh Insulation 2633 450 St. Stacyville, Iowa 50476 | | | | | | $8,000.00 |
| 12 | Elwood Law Firm 116 N. Main Street Charles City, Iowa 50616 | Judith O'Donohoe 641-228-8054 | | | | | $5,600.00 |
| 13 | MAS 41W195 Railroad Street Pingree Grove, IL 60140 | | | | | | $5,200.00 |
| 14 | Mills, Inc. 312 North Main Street Charles City, Iowa 50616 | 641-228-2545 | | | | | $4,700.00 |
| 15 | VanMeter 850 32nd Ave. SW Cedar Rapids, Iowa 52404 | | | | | | $4,067.39 |
| 16 | Cincinnati Insurance Post Office Box 145496 Cincinnati, OH 45250-5496 | Melissa Ocampo 847.485.2426 | | | | | $3,756.00 |
| 17 | Mid American Energy 666 Grand Ave. Des Moines, Iowa 50309 | | | | | | $3,500.00 |
| 18 | Atlas Painting 911 Sycamore Street Waterloo, Iowa 50703 | | | | | | $3,000.00 |
| 19 | J.E.D. Construction 102 Grand Street Elma, Iowa 50628 | | | | | | $2,097.00 |
| 20 | Floyd County Treasurer 101 South Main Street, #303 Charles City, Iowa 50616 | | | | | | $212,530.00 |

Fill in this information to identify the case and this filing:

Debtor Name __**McQuillen Place Company, LLC**_____

United States Bankruptcy Court for the: __**Northern**_____ District of __**Iowa**____
(State)

Case number (*if known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/25/2019**__          ✗ _Charles M. Thomson for McQuillen Place Company, LLC_
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

**Charles M. Thomson**
Printed name

**Member**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 19-00507M |
| McQUILLEN PLACE COMPANY, LLC, | |
| | **APPEARANCE AND REQUEST** |
| Debtor(s). | **FOR NOTICE** |

COMES NOW the undersigned and appears in this matter as attorney for First Security Bank & Trust Company, a creditor and party in interest.

The undersigned requests the entities receiving a copy hereof take Notice that pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9007, and Local Bankruptcy Rule 2002-1(b) that all filings made or required to be served in this case, be given to and served upon:

LARRY S. EIDE (AT0002317)
Pappajohn, Shriver, Eide & Nielsen P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com

Please take further notice that this request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, reports, Rule 6004 Reports, schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Appearance and Request for Notice does not constitute a consent to jurisdiction of the Court over non-core proceedings under 28 U.S.C. §157.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com

## CERTIFICATE OF SERVICE

The undersigned, Larry S. Eide, certifies that on April 26, 2019, he served a copy of the foregoing document on the United States Trustee, Debtor(s), attorney for Debtor(s) and other parties having requested notice pursuant to Rule 2002 electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties:

James L. Snyder
Acting United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101

Charles M. Thomson
Law Offices of Charles M. Thomson
1110 N. Grand Ave, Suite 300
Charles City, IA 50616

/s/ Larry S. Eide
Larry S. Eide (AT0002317)

- 2 -

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__   District of   __Iowa__
                              (State)

Case number (if known): _____   Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. Debtor's name

   **McQuillen Place Company, LLC**

2. All other names debtor used in the last 8 years

   Include any assumed names, trade names, and *doing business as* names

   **Classic Cleaners**
   **Classic Cleaners of Charles City**

3. Debtor's federal Employer Identification Number (EIN)

   **4  6** _ **3  9  8  7  8  2  5**

4. Debtor's address

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **1110 North Grand Ave., Suite 300** | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | **Charles City**      **Iowa**   **50616** | |
   | City              State    ZIP Code | City              State    ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | **Floyd County** | **123 North Main Street** |
   | County | Number     Street |
   | | **Charles City, Iowa 50616** |
   | | City              State    ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor    **McQuillen Place Company, LLC**                 Case number *(if known)* _____
<br>        Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 5 | 3 | 1 | 3 |
|---|---|---|---|

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
<br>                       MM / DD / YYYY

           District _____ When _____ Case number _____
<br>                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____
<br>        District _____ When _____
<br>                               MM / DD / YYYY
<br>        Case number, if known _____

---

Case 6:20-cv-02041-CJW-KEM    Document 12-1    Filed 07/07/20    Page 14 of 79

14

| Debtor | **McQuillen Place Company, LLC** | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☒ Yes. Insurance agency   **DSP Insurance Services**

Contact name   **Melissa Ocampo**

Phone   **847.485.2426**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/25/2019**
MM / DD / YYYY

✗ *Charles M. Thomson*
Signature of authorized representative of debtor

**Charles M. Thomson**
Printed name

Title **Member**

**18. Signature of attorney**

✗ *Charles M. Thomson*   Date **04/25/2019**
Signature of attorney for debtor      MM / DD / YYYY

**Charles M. Thomson**
Printed name

**Law Office of Charles M. Thomson**
Firm name

**1110 North Grand Ave., Suite 300**
Number   Street

**Charles City**        **Iowa**   **50616**
City              State   ZIP Code

**847-456-1911**         **cthomson@doall.com**
Contact phone           Email address

**AT00010387**          **Iowa**
Bar number            State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                          )     CHAPTER 11
                                )     CASE NO.
McQUILLEN PLACE COMPANY, LLC.    )     19-507M
                                )
                                )
            Debtor.             )


        The undersigned hereby enters their appearance on behalf of
The United Sates Trustee.  Pursuant to Rule 2002, U.S.
Bankruptcy Rules, the undersigned hereby requests that copies of
all papers filed or served in this case be sent to:

                L. Ashley Zubal
                Trial Attorney
                U.S. Trustee
                Federal Building
                210 Walnut Street, Rm 793
                Des Moines IA  50309-2108
                (515) 323-2269 Fax 515-284-4986
                Ashley.Zubal@usdoj.gov

        Please take further notice this request includes all
notices and papers, including reports, 2004 examinations,
discovery schedules, affidavits, orders, applications, motions,
petitions, pleadings,requests, complaints or demand, whether
formal or informal, by any means transmitted, and all notices
thereof. This Notice of Appearance and Request for Notice does
not constitute any consent for any violation of Bankruptcy Rule
2003, nor does it constitute a consent of jurisdiction of the
court over non-core proceeding under 28 U.S.C. § 1557.

Dated this 26th of April, 2019.

Respectfully Submitted,

James L. Snyder
Acting United States Trustee

By: /s/  Ashley Zubal
L. Ashley Zubal
Trial Attorney
U.S. Trustee
Federal Building
210 Walnut Street, Rm 793
Des Moines IA  50309-2108
(515) 323-2269
Fax 515-284-4986
Ashley.Zubal@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were
served on the parties listed below by electronic mail or first-
class mail, postage prepaid, on April 26, 2019:

All parties receiving ecf notifications

/s/ Jennifer L. Cline
Jennifer L. Cline
Paralegal Specialist
Office of U.S. Trustee

Floyd County Treasurer
101 South Main Street #303
Charles City, Iowa 50616


Schindler Elevator Corporation
1530 Timberwolf Drive
Holland, Ohio 43528


Design Build Structures
7518 Peosta Industrial Drive
Peosta, Iowa 52068


Midwest Fire Sprinkler
2001 De Wolf Street
Des Moines, Iowa 50316


Planscape Partners
1200 Nicollet Ave.
Suite 706
Minneapolis, MN 55403


TJ Appliance
221 North Main Street
Charles City, Iowa 50616


Pederson Plumbing
412 Sample Street
Nashua, Iowa 50658


Bluhm's Cedar Valley Electric
409 South Johnson Street
Charles City, Iowa 50616


Hawkeye Alarm
16 Commercial Street
Waterloo, Iowa 50701


Dean Snyder Construction
913 N. 14th Street
Clear Lake, Iowa 50428

Unruh Insulation
2633 450 St.,
Stacyville, Iowa 50476


Elwood Law Firm
116 N. Main Street
Charles City, Iowa 50616


MAS
41W195 Railroad Street
Pingree Grove, IL 60140


Mills, Inc.
312 North Main Street
Charles City, Iowa 50616


VanMeter
850 32nd Ave. SW
Cedar Rapids, Iowa 52404


Cincinnati Insurance
Post Office Box 145496
Cincinnati, OH 45250-5496


Mid American Energy
666 Grand Ave.
Des Moines, Iowa 50309


Atlas Painting
911 Sycamore Street
Waterloo, Iowa 50703


Jed Construction
102 Grand Street
Elma, Iowa 50628


Jendro Sanitation
108 Prospect Lane
Charles City, Iowa 50616


Phillips Modern Ag

2153 S. Linn Ave.
New Hampton, Iowa 50659


Mick Gage Plumbing & Heating
511 West Milwaukee Street
New Hampton, Iowa 50659


Midwest Engineering
8236 W. 51st Street
Sioux Falls, SD 57106


Custom Air
Brett Payton
10443 Osage Rd
Waterloo, IA 50703


IL Switchboard
125 West Laura Drive
Addison, IL 60101


Mediacom
1 Mediacom Way
Mediacom Park
New York, NY 10918


BRP Bruening
900 Montgomery Street
Decorah, Iowa 52101


Bergan KDV
P.O. Box 2100
Waterloo, IA 50704


Iowa Economic Development Authority
200 East Grand Avenue
Des Moines, Iowa 50309


Sherri Dralle
1308 Grandview Ave.
Waverly, IA  50677

First Security Bank & Trust Co.
809 Clark Street
Charles City, Iowa 50616


Larry Steven Eide
103 E. State St., Suite 800
P.O. Box 1588
Mason City, IA 50402


Randall Eugene Nielsen
P O Box 1588
103 E State St ,Suite 800
Mason City, IA 50402


Judith Mack Odonohoe
P O Box 307
116 N Main St
Charles City, Ia 50616


Donald H Molstad
505 6th St , Suite 308
Sioux City, Ia 51101


Cerro Gordo County, Iowa
Carlyle D Dalen
Asst. County Atty.
220 N. Washington Ave.
Mason City, Ia 50401


Laura Michelle Hyer
P O Box 2804
2007 1st Ave S E
Cedar Rapids, IA 52406


Vernon P Squires
P O Box 2804
2007 1st Ave S E
Cedar Rapids, IA 52406


Schindler Elevator Corporation
20 Whippany Rd
Morristown, NJ 07960

Robert Cardell Gainer
505 5th Ave Suite 835
Des Moines, IA 50309

| Information to identify the case: | |
|---|---|
| Debtor | **McQuillen Place Company, LLC** |
| | Name |
| United States Bankruptcy Court   Northern District of Iowa | Date case filed for chapter:   11   4/25/19 |
| Case number:   19–00507 | |

EIN:  46–3987825

## Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case                                    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | McQuillen Place Company, LLC | |
| 2. **All other names used in the last 8 years** | aka Classic Cleaners, aka Classic Cleaners of Charles City | |
| 3. **Address** | 1110 North Grand Ave., Suite 300 Charles City, IA 50616 | |
| 4. **Debtor's attorney** Name and address | Charles McQuillen Thomson Law Office of Charles M. Thomson 1110 North Grand Ave., Suite 300 Charles City, IA 50616 | Contact phone  847–456–1911 Email:  cthomson@doall.com |
| 5. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 320 Sixth Street Rm 126 Sioux City, IA 51101 | Hours open: Monday–Friday, 8:00 am to 4:30 pm CT Contact phone  (712) 233–3939 Date: 5/1/19 |
| 6. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 14, 2019 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **2nd Floor Court Room, US Post Office, Mason City, IA 50401** |

**For more information, see page 2 >**

Debtor **McQuillen Place Company, LLC**                                    Case number **19–00507**

| | |
|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>For a non–governmental unit: **7/5/19**<br><br>For a governmental unit: **180 days from the date of Order of Relief**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>    ● your claim is designated as *disputed, contingent,* or *unliquidated;*<br>    ● you file a proof of claim in a different amount; or<br>    ● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
MASON CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MCQUILLEN PLACE COMPANY, LLC., | ) | |
| | ) | Case No. 19-00507 |
| Debtor. | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| | ) | REQUEST FOR NOTICE |

COMES NOW Laura M. Hyer on behalf of party in interest, **Cedar Rapids Bank & Trust Company,** and enters his appearance in this case on behalf of said party. Pursuant to Bankruptcy Rule 2002, the undersigned requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtors be mailed to him at the following address provided pursuant to Bankruptcy Rule 9010(b):

Laura M. Hyer
Bradley & Riley PC
PO Box 2804
Cedar Rapids, IA 52406-2804
Phone: (319) 861-8742
Fax: (319) 363-9824
Email: lhyer@bradleyriley.com

And further requests that their names and the above address be entered upon the mailing matrix in this proceeding.

{02616446.DOCX}

Respectfully submitted by:          */s/ Laura M. Hyer*
                                    JOSEPH E. SCHMALL (#LI0008403)
                                        Direct Dial: (319) 861-8729
                                        Email: jschmall@bradleyriley.com
                                    LAURA M. HYER (#LI22185426)
                                        Direct Dial: (319) 861-8742
                                        Email: lhyer@bradleyriley.com
                                        of
                                    BRADLEY & RILEY PC
                                    2007 First Avenue SE
                                    P.O. Box 2804
                                    Cedar Rapids, IA  52406-2804
                                    Phone: (319) 363-0101
                                    Fax:    (319) 363-9824

                                    ***ATTORNEYS FOR CEDAR RAPIDS BANK &
                                    TRUST COMPANY***


                        CERTIFICATE OF SERVICE


        The undersigned hereby certifies that on May 3, 2019, a true and correct copy of the
foregoing document was served electronically on all persons who receive electronic notice
through the Court's CM/ECF system.


                                    */s/ Dana D. Moses*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
MASON CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MCQUILLEN PLACE COMPANY, LLC., | ) | |
| | ) | Case No. 19-00507 |
| Debtor. | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| | ) | REQUEST FOR NOTICE |

COMES NOW Joseph E. Schmall on behalf of party in interest**, Cedar Rapids Bank & Trust Company,** and enters his appearance in this case on behalf of said party.  Pursuant to Bankruptcy Rule 2002, the undersigned requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtors be mailed to him at the following address provided pursuant to Bankruptcy Rule 9010(b):

Joseph E. Schmall
Bradley & Riley PC
PO Box 2804
Cedar Rapids, IA 52406-2804
Phone:  (319) 861-8729
Fax:  (319) 363-9824
Email:  jschmall@bradleyriley.com

And further requests that their names and the above address be entered upon the mailing matrix in this proceeding.

{02616418.DOCX}

Respectfully submitted by:             */s/ Joseph E. Schmall*

                                           JOSEPH E. SCHMALL (#LI0008403)
                                               Direct Dial: (319) 861-8729
                                               Email: jschmall@bradleyriley.com
                                         LAURA M. HYER (#LI22185426)
                                             Direct Dial: (319) 861-8742
                                             Email: lhyer@bradleyriley.com
                                       of
                                       BRADLEY & RILEY PC
                                       2007 First Avenue SE
                                       P.O. Box 2804
                                       Cedar Rapids, IA  52406-2804
                                       Phone: (319) 363-0101
                                       Fax:    (319) 363-9824

                                       ***ATTORNEYS FOR CEDAR RAPIDS BANK &
TRUST COMPANY***

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on May 3, 2019, a true and correct copy of the foregoing document was served electronically on all persons who receive electronic notice through the Court's CM/ECF system.

                                         */s/ Dana D. Moses*

McQuillen

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DIVISION OF IOWA

In re:

MCQUILLEN PLACE COMPANY, LLC

Debtor.

CHAPTER 11
BANKRUPTCY NO. 19-00507

APPLICATION FOR APPROVAL
OF EMPLOYMENT OF ATTORNEY

TO: U.S. TRUSTEE AND THE COURT

1.  Applicant is the debtor in this case.

2.  Applicant believes that the employment of Attorney is necessary to represent and assist the debtor in his bankruptcy.

3.  That Donald H. Molstad of Molstad Law Firm, as attorney, is qualified by reason of practice and experience to render such representation or assistance.

4.  The compensation will be as follows:

$5,500.00 retainer plus $250.00 per hour

WHEREFORE, applicant prays that the Court approve such employment of Attorney.

Dated this _30__ day of _April_, 20_19_.

_____
Charles M. Thomson
MEMBER OF
MCQUILLEN PLACE COMPANY LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that true copies of the foregoing document were served upon on all parties as required by either electronic filing or by enclosing the same in an envelope addressed to each person at his respective address as disclosed by the pleadings of record herein, with first class postage fully paid and by depositing said envelope in the United States Post Office Depository in Sioux City, Iowa.

All those receiving the foregoing service are listed hereinafter with the address at which he or they were served and such service was made on the ___ day of May, 2019.

/s/ Donald H. Molstad
Donald H. Molstad (3755)

COPY TO:

Office of U.S. Trustee
U.S. Federal Courthouse
111 7th Ave. SE, Box 17
Cedar Rapids, IA 52401-2101

McQuillen

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DIVISION OF IOWA

In re:

|                                  |                             |
|----------------------------------|-----------------------------|
|                                  | CHAPTER 11                  |
| MCQUILLEN PLACE COMPANY, LLC     | BANKRUPTCY NO. 19-00507     |
|                                  |                             |
| Debtor.                          | RULE 2014 VERIFICATION      |

---

        I state under penalty of perjury that to the best of my knowledge that neither I nor the firm of Molstad Law Firm have any connection with the bankruptcy, the creditors or any other party in interest and represent no interest adverse to the Trustee or the estate. I and the firm of Molstad Law Firm are disinterested persons within the meaning of 11 U.S.C. Section 101(13).

DATED : _5-6-19_____


        By: /s/ Donald H. Molstad_____
            Donald H. Molstad (3755)
            Molstad Law Firm
            701 Pierce St., Ste. 305
            Sioux City, IA 51101
            (712) 255-8036

            ATTORNEY FOR DEBTOR.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that true copies of the foregoing document were served upon on all parties as required by either electronic filing or by enclosing the same in an envelope addressed to each person at his respective address as disclosed by the pleadings of record herein, with first class postage fully paid and by depositing said envelope in the United States Post Office Depository in Sioux City, Iowa.

All those receiving the foregoing service are listed hereinafter with the address at which he or they were served and such service was made on the ___ day of May, 2019.

/s/ Donald H. Molstad
Donald H. Molstad (3755)

COPY TO:

Office of U.S. Trustee
U.S. Federal Courthouse
111 7th Ave. SE, Box 17
Cedar Rapids, IA 52401-2101

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| McQUILLEN PLACE COMPANY, LLC, | ) | Case No. 19-00507M |
| | ) | |
| Debtor. | ) | |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters their appearance on behalf of the following listed Creditor

and party in interest:

> T-J Service, Inc.
> 221 N. Main St.
> Charles City, IA   50616

The undersigned requests the entities receiving a copy hereof take Notice that pursuant to

Federal Rules of Bankruptcy Procedure 2002(g) and 9007, and Local Bankruptcy Rule 2002-1(b)

that all filings made or required to be served in this case be given to and served upon:

> CHRISTINE B. SKILTON (AT0007262)
> Cronin, Skilton & Skilton, P.L.L.C.
> 205 Brasher Street, P.O. Box 39
> Nashua, IA   50658-0039
> Telephone:   (641) 435-2462
> Facsimile:   (641) 435-2463
> E-mail:   cbs.csslaw@butler-bremer.com

Please take further notice that this request includes not only the notices and papers

referred to in the rules specified above, but also includes, without limitation, reports, Rule 6004

Report, schedules, affidavits, orders, applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all

notices thereof.

This Appearance and Request for Notice does not constitute a consent to jurisdiction of the Court over non-core proceedings under 28 U.S.C. §157.

CRONIN, SKILTON & SKILTON, P.L.L.C.

CHRISTINE B. SKILTON      AT0007262
205 Brasher Street, P.O. Box 39
Nashua, IA 50658-0039
(641) 435-2462; Fax: (641) 435-2463
cbs.csslaw@butler-bremer.com

## CERTIFICATE OF SERVICE

The undersigned, Christine B. Skilton, certifies that on the 7th day of May, 2019, she served a copy of the foregoing document on the United States Trustee, Debtor(s), attorney for Debtor(s) and other parties having requested notice pursuant to Rule 2002 electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties:

United States Trustee
United States Federal Courthouse
111 – 7th Avenue SE, Box 17
Cedar Rapids, IA  52401-2101

Charles M. Thomson
Law Offices of Charles M. Thomson
1110 N. Grand Ave., Suite 300
Charles City, IA  50616

L. Ashley Zubal, U.S. Trustee
Federal Building
210 Walnut St., Room 793
Des Moines, IA  50309-2108

Donald H. Molstad
Molstad Law Firm
701 Pierce St., Ste. 305
Sioux City, IA  51101

Christine B. Skilton   (AT0007262)

# United States Bankruptcy Court
## Northern District of Iowa

In re **McQuillen Place Company, LLC**

Case No.

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 5,600.00 |
| Prior to the filing of this statement I have received | $ 5,600.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor  ☑ Other (specify):  **$5600 paid by Charles Thomson**

3.  The source of compensation to be paid to me is:

    ☐ Debtor  ☑ Other (specify):  **$250/hr after fees are extinguished.**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 10, 2019**
*Date*

**/s/ Donald H. Molstad**
**Donald H. Molstad 3755**
*Signature of Attorney*
**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036  Fax: 712-255-4642**
**mlawfirm@yahoo.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $9,346.45 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $33,339.69 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.    **Amelia Management**<br>**1110 N Grand Avenue, Ste. 300**<br>**Charles City, IA 50616** | 5/31/18;<br>6/18/18;<br>6/25/18;<br>8/15/18;<br>9/27/18;<br>10/16/18 | **$1,435.00** | **The payments were to Bret Frieburg from McQuillen Place (Classic Cleaners) for mowing & related services. They were for the benefit of Amelia Management, not Classic Cleaners. They were written on Classic Cleaners because Mr. Frieburg demanded immediate payment and the only person available to write him a check was a signer on the Classic Cleaner/McQuillen Place account.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1.    **First Security Bank & Trust Company vs. McQuillen Place Company LLC, et. al.**<br>**EQCV031170** | **Foreclosure & Counterclaim** | **IA District Court Floyd County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2.    **McQuillen Place Company LLC vs. Iowa Economic Development Authority**<br>**CVCV031277** | | **IA District Court Floyd County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Case 6:20-cv-02041-CJW-KEM    Document 12-1    Filed 07/07/20    Page 38 of 79

| Debtor | McQuillen Place Company, LLC | Case number *(if known)* |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Molstad Law Firm**<br>**701 Pierce Street, Ste. 305**<br>**Sioux City, IA 51101** | **Attorney Fees** | **5/2/19** | **$5,600.00** |
| | Email or website address<br>mlawfirm@yahoo.com | | | |
| | Who made the payment, if not debtor?<br>Charles Thomson | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case 6:20-cv-02041-CJW-KEM   Document 12-1   Filed 07/07/20   Page 39 of 79

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **123 N Main Street** **Charles City, IA 50616** | **2013-Present** |
| 14.2. | **1110 North Grand Avenue** **Charles City, IA 50616** | **2013-Present** |
| 14.3. | **601 North Main Street** **Charles City, IA 50616** | **1/18-5/18** |
| 14.4. | **611 Clark Street** **Charles City, IA 50616** | **1/15-10/18** |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Case 6:20-cv-02041-CJW-KEM   Document 12-1   Filed 07/07/20   Page 40 of 79

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Unknown | Charles Thomson | Salvaged limestone & misc. items are kept at site outside of Charles City. An itemized list available upon request. | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various customers | Debtor's Place of Bus. & Ft Dodge Plant | Various clothing/garments belonging to customers that are being professionally cleaned or processed by the debtor's personnel or at a third party's facility. | $1,595.85 |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| **Duplex with 33 units**<br>**123 N Main Street**<br>**Charles City, IA 50616** | None | **During 2015, the debtor encountered a buried fuel oil tank during excavation for the foundation of 123 N Main Street. It was disposed of in accordance with proper enviromental protocols.** | None |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| 25.1. **McQuillen Place Company LLC**<br>**1110 North Grand Avenue, Ste. 300**<br>**Charles City, IA 50616** | **Rental** | **Dates business existed**<br>EIN:      46-3987825<br><br>From-To   **7/14-Continuous** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

| Debtor | **McQuillen Place Company, LLC** | Case number *(if known)* | |

| | **Name and address** | | **Date of service**<br>**From-To** |

| 26a.1. | Joe Benter<br>Bergan KDV<br>100 East Park Avenue, Ste. 300<br>Waterloo, IA 50703 | | **5/14-4/19** |

| 26a.2. | Cornice & Rose<br>804 W Robert Road<br>Barrington, IL 60010 | | **5/14-4/19** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |

| 26c.1. | Charles M. Thomson<br>1110 North Grand Avenue, Ste. 300<br>Charles City, IA 50616 | |

| 26c.2. | Nancy Vance<br>1110 North Grand Avenue, Ste. 100<br>Charles City, IA 50616 | |

| 26c.3. | Cornice & Rose<br>804 W Roberts Road<br>Barrington, IL 60010 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Charles M. Thomson | 1110 North Grand Avenue, Ste. 300<br>Charles City, IA 50616 | Owner | 60 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| James Gray | 804 W Roberts Road<br>Barrington, IL 60010 | Owner | 40 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2019**

**/s/ Charles M. Thomson**                          **Charles M. Thomson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name   **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $      **500,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $    **8,048,127.63**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $    **8,548,127.63**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................... $    **6,836,931.29**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **3,569,731.03**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $    **10,406,662.32**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Fill in this information to identify the case: |

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.    **Cash on hand**                                                                                       **$110.45**

3.    **Checking, savings, money market, or financial brokerage accounts** *(identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cedar Rapids Bank & Trust** | Checking | 8199 | $4,279.86 |
| 3.2. | **First Security Bank & Trust co.** | Checking | 4624 | $253.03 |
| 3.3. | **First Security Bank & Trust Co** | Checking (dba Classic Cleaners) | 6270 | $35.91 |
| 3.4. | **Family Community Credit Union** | Savings | 3001 | $5.00 |
| 3.5. | **Family Community Credit Union** | Checking | 3001 | $1,135.37 |
| 3.6. | **Family Community Credit Union** | Savings (DIP) | 2001 | $5.00 |

| Debtor | **McQuillen Place Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 3.7. | **Family Community Credit Union** | Checking (DIP) | 2001 | $20.00 |
|---|---|---|---|---|

**4.** Other cash equivalents *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. ........ **$5,844.62**

---

**Part 2:** Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. There may be some deposit with MidAmerican for electric service at 123 N Main. There is definitely a rebate owed by MidAmerican. This will require additional research. **Unknown**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. **$0.00**

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 1,328.86 | - | 1,141.70 | = .... | $187.16 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$187.16**

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: % of ownership

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 2

| Debtor | **McQuillen Place Company, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

Describe:

16.1. | **Debtor is given checks daily in payment for cleaning services. All checks are deposited at the Family Community Credit Union in Charles City** | | | $0.00 |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** **Goods completed & waiting for customers to pick up** | | $0.00 | | $1,595.85 |
| **22.** **Other inventory or supplies** **Lint brushes, pillow ticking, poly for wrapping finished garments, bags for wrapping finished shirts, sewing and clothing repair supplies** | | $3,000.00 | | $3,000.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$4,595.85

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor __McQuillen Place Company, LLC__                Case number *(If known)* _____
                Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    Office furniture | | | |
| 40.    Office fixtures | | | |
| 41.    Office equipment, including all computer equipment and communication systems equipment and software Dry cleaning equipment, including all dry cleaning presses, clothing carousel, washers and dryers, pillow machine, air compressor, boiler (in storage), counters, telephones, desks, fax machine, Datamark computer, printer. Sewing machines and related equipment. Radio. | $35,000.00 | | $35,000.00 |
| 42.    Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collectibles, memorabilia, or collectibles | | | |
| 42.1.  Cast iron bracket (presumably from the Union House) salvaged from the foundation excavations at 123 North Main. | $2,000.00 | N/A | $2,000.00 |

43.    Total of Part 7.
       Add lines 39 through 42.  Copy the total to line 86.                                   | $37,000.00 |

44.    Is a depreciation schedule available for any of the property listed in Part 7?
       ■ No
       ☐ Yes

45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  2002 Ford Windstar (200,000+ miles) Inoperable due to suspension | $500.00 | N/A | $500.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor  __McQuillen Place Company, LLC__          Case number *(If known)* _____
Name

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**
        An unknown number of washers, dryers,
        dishwashers, stoves and fridges located at
        123 North Main Street, Charles City, Iowa
        (Inventory in progress)                                    Unknown                                Unknown

        The building at 123 North Main contains
        various electronic apparatus and devices
        related to its operation as an apartment house.
        The include smoke
        detectors,telecommunication devices, cables,
        boxes for electric circuitry, etc                           Unknown                                Unknown

        There are miscellaneous tools, cabinet,
        mouldings, tables, lamps, fans, heaters,
        documents, etc. scattered throughout 123 N
        Main which belong to the debtor. Note: some
        of these belong to third parties.                           Unknown        N/A                    Unknown

51.     **Total of Part 8.**                                                                   | $500.00
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

| Debtor | **McQuillen Place Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units)** | | | |
| | **Lots one, two, three, four and five (1, 2, 3, 4 and 5) of the Irregular Survey of block twenty-one (21), Original plat of St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, subject to easements of record** | Fee Owner | $500,000.00 | N/A | $500,000.00 |

**56.** Total of Part 9.                                                                                                    $500,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
■ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 10:** Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets **The debtor has registered McQuillenPlace.com. The debtor also operates two Facebook pages, one for "Classic Cleaners of Charles City" and one for "McQuillen Place". The design and exterior appearance, including, but not limited to, the silhouette of the clock tower, of McQuillen Place are protected by copyright.** | Unknown | N/A | Unknown |

**61.** Internet domain names and websites

**62.** Licenses, franchises, and royalties

---

Debtor **McQuillen Place Company, LLC**
_____
Name

Case number _(if known)_ _____

The debtor owns a variety of licenses and contract rights related to the construction and development of the building. These include building permits, the debtor's interest in two condominiums, the debtor's interest in the condominium association of which the two condominiums are members, the debtor's rights under MEP and other design and construction contracts.　　　　Unknown　N/A　　　　Unknown

63. Customer lists, mailing lists, or other compilations
Customer lists of (a) persons interested in renting dwellings at McQuillen Place; (b) persons interested in renting commercial space at McQuillen Place, and (c) persons using the Classic Cleaners division of McQuillen Place Company for dry cleaning, laundry and related garment and fabric repair, cleaning & maintenance.　　　　Unknown　　　　Unknown

64. Other intangibles, or intellectual property

65. Goodwill
Yes　　　　$0.00　　　　Unknown

66. **Total of Part 10.**　　　　$0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**　**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 7

| Debtor | McQuillen Place Company, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Management of the debtor believes that First Security Bank & Trust Company paid the most recent real estate tax installments improvidently inasmuch as the value of the building (which wase not complete) was significantly less than the amount at which the building was assessed. Debtor's management believes these payments should be disgorged by the recipients thereof, and that a new assessment agreement needs to be crafted. The debtor's interest in unwinding these transactions might be considered a "tax refund" of some sort. (Unknown but likely in excess of $250,000)

Tax year _____  **Unknown**

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**Lawsuit against Iowa Economic Development Authority**                                           **Unknown**

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $0.00 |

1. Counterclaims in EQCV031170 for (a) breach of contract, (b) failure to observe covenant of good faith and fair dealing, (c) tortuous interference, (d) fraud, (e) negligent loan administration, (f) disclosure of confidential information (tort, contract, statute), (g) failure to mitigate, and (h) using illegally large market share to overreach; 2. as yet unfiled claims concerning tortuous interference, quantum meriut on $500,000 from CRBT, etc. 3. claim for abuse of process                         **$4,000,000.00**

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $4,000,000.00 |

The debtor has a number of claims against First Security bank & Trust Co., Cedar Rapids Bank & Trust Co., certain individuals affiliated with a local banking institution, certain vendors involved in the construction of McQuillen Place (including but not limited to MidAmerican Energy) and the Iowa Economic Development Authority. The debtor's management believes the value of these claims to exceed $4,000,000. These claims are disputed.                                   **$4,000,000.00**

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $4,000,000.00 |

Possible claims against vendors in construction for delays in completion, poor workmanship (requiring repairs), failure to comply initally with codes (requiring retrofitting), and related claims                                          **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

76. Trusts, equitable or future interests in property

Debtor    **McQuillen Place Company, LLC**
_____
Name

Case number *(if known)* _____

Pursuant to the development agreement with the City of Charles City, the debtor has a number of rights or powers which might be characterized as "future interests" or equitable interests in property. The debtor also has certain rights under agreements with the IEDA, Niacog and Cerro Gordo County which might be characterized as future interests or equitable interests in property. In addition, the ownership of the building is split into two condominiums, both of which are owned by the debtor

Unknown

---

77.    Other property of any kind not already listed *Examples:* Season tickets, country club membership

General going concern value and development rights.

Unknown

---

Limestone salvaged from excavation of 123 North Main prior to construction. Dimension stone left over from facade work on 123 N Main. Drawings, plans, etc. for building. Promotional materials for building. Miscellaneous antique dry cleaning advertising posters. Good will associated with Classic Cleaners. Know-how related to shirt pressing.

Unknown

---

Telephone number for Classic Cleaners

Unknown

---

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $8,000,000.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor __McQuillen Place Company, LLC_____     Case number *(if known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**
Type of property

|  |  | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,844.62 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $187.16 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $4,595.85 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $37,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* ...........................................> | | $500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $8,000,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $8,048,127.63 | + 91b. $500,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,548,127.63 |

**Fill in this information to identify the case:**

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  First Security Bank & Trust Co.**
Creditor's Name

**809 Clark Street**
**Charles City, IA 50616**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2014-2017**

Last 4 digits of account number
**5611**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Security Bank & Trust Co.**
**2. Iowa Economic Development Authority**
**3. Schindler Elevator Corporation**

Describe debtor's property that is subject to a lien
**123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units) (Lawsuit)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$3,839,024.29**    **$500,000.00**

---

**2.2  Iowa Economic Development Authority**
Creditor's Name

**200 East Grand Avenue**
**Des Moines, IA 50309**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No

**$2,940,000.00**    **$500,000.00**

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

**Debtor** McQuillen Place Company, LLC
Name

Case number (if know) _____

**2014**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | Schindler Elevator Corporation | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien | $57,907.00 | $500,000.00

**1530 Timberwolf Drive
Holland, OH 43528**
Creditor's mailing address

123 N Main Street, Charles City, Iowa 50616
(Duplex of 33 units)

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,836,931.29

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Larry S. Eide
Randall E. Nielsen
103 E State St., Ste. 800
P.O. Box 1588
Mason City, IA 50402 | Line 2.1 | |
| Laura M. Hyer
Vernon P. Squires
P.O. Box 2804
2007 1st Avenue SE
Cedar Rapids, IA 52406 | Line 2.1 | |
| Robert C. Gainer
505 5th Avenue, Ste. 835
Des Moines, IA 50309 | Line 2.3 | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name __McQuillen Place Company, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Amelia Management**<br>**1110 N Grand Avenue, Ste. 300**<br>**Charles City, IA 50616**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Atlas Painting**<br>**911 Sycamore Street**<br>**Waterloo, IA 50703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Bergan KDV**<br>**P.O. Box 2100**<br>**Waterloo, IA 50704**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,816.15** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Bluhm's Cedar Valley Electric**<br>**409 South Johnson Street**<br>**Charles City, IA 50616**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |

Case 6:20-cv-02041-CJW-KEM   Document 12-1   Filed 07/07/20   Page 58 of 79

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**BRP Bruening**
**900 Montgomery Street**
**Decorah, IA 52101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Cerro Gordo County, Iowa**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address
**Charles M. Thomson**
**1110 North Grand Avenue, Ste. 300**
**Charles City, IA 50616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,142,500.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**Cincinnati Insurance**
**P.O. Box 145496**
**Cincinnati, OH 45250-5496**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,756.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Cornice & Rose Intl Ltd.**
**804 W Roberts Road**
**Barrington, IL 60010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000,000.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Custom Air**
**c/o Brett Payton**
**10443 Osage Road**
**Waterloo, IA 50703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Dean Snyder Construction**
**913 N 14th Street**
**Clear Lake, IA 50428**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,068.17**

---

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Design Build Structures**
7518 Peosta Industrial Drive
Peosta, IA 52068

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$31,619.71**

---

**3.13** | Nonpriority creditor's name and mailing address
**Elwood Law Firm**
116 N Main Street
Charles City, IA 50616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,600.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Floyd County Treasurer**
101 South Main Street, #303
Charles City, IA 50616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$212,530.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Hawkeye Alarm**
16 Commerical Street
Waterloo, IA 50701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,800.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**IL Switchboard**
125 West Laura Drive
Addison, IL 60101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$700.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**J.E.D. Construction**
102 Grand Street
Elma, IA 50628

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,097.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Jendro Sanitation**
108 Prospect Lane
Charles City, IA 50616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,800.00**

---

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) | |
| | Name | | |

**3.19** Nonpriority creditor's name and mailing address
**Kamm Excavating Corp.**
**1301 Hildreth Street**
**Charles City, IA 50616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,144.75**

---

**3.20** Nonpriority creditor's name and mailing address
**MAS**
**41W195 Railroad Street**
**Pingree Grove, IL 60140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.00**

---

**3.21** Nonpriority creditor's name and mailing address
**Mediacom**
**1 Mediacom Way**
**Mediacom Park**
**New York, NY 10918**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.22** Nonpriority creditor's name and mailing address
**Mick Gage Plumbing & Heating**
**511 West Milwaukee Street**
**New Hampton, IA 50659**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.23** Nonpriority creditor's name and mailing address
**Mid American Energy**
**666 Grand Avenue**
**Des Moines, IA 50309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.24** Nonpriority creditor's name and mailing address
**Midwest Engineering**
**8236 W 51st Street**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.25** Nonpriority creditor's name and mailing address
**Midwest Fire Sprinkler**
**2001 De Wolf Street**
**Des Moines, IA 50316**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

| Debtor | **McQuillen Place Company, LLC** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address

**Mills, Inc.**
312 North Main Street
Charles City, IA 50616

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,700.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**O'Hara's Son Roofing Corporation**
3306 N Knox Avenue
Chicago, IL 60641

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,692.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Pederson Plumbing**
412 Sample Street
Nashua, IA 50658

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,943.51**

---

**3.29** | Nonpriority creditor's name and mailing address

**Phillips Modern Ag**
2153 S Linn Avenue
New Hampton, IA 50659

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,582.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Planscape Partners**
1200 Nicollet Avenue, Ste. 706
Minneapolis, MN 55403

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,587.50**

---

**3.31** | Nonpriority creditor's name and mailing address

**Premier Cleaners**
816 First Avenue N
Fort Dodge, IA 50501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$727.02**

---

**3.32** | Nonpriority creditor's name and mailing address

**TJ Appliance**
221 North Main Street
Charles City, IA 50616

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,499.83**

---

Debtor **McQuillen Place Company, LLC**     Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$8,000.00** |

**Unruh Insulation**
**2633 450 Street**
**Stacyville, IA 50476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$4,067.39** |

**VanMeter**
**850 32nd Ave. SW**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Carlyle D. Dalen**<br>**Asst. County Attorney**<br>**220 N Washington Avenue**<br>**Mason City, IA 50401** | Line **3.6**<br><br>☐   Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.   + $ | 3,569,731.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 3,569,731.03 |

---

**Fill in this information to identify the case:**

Debtor name  **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or          **Debtor is party to many**
        lease is for and the nature of      **dozens of contracts**
        the debtor's interest               **pursuant to the**
                                            **construction of**
                                            **McQuillen Place. All**
                                            **known outstanding**
                                            **balances on these**
                                            **contracts are shown on**
                                            **Schedule B.**

        State the term remaining

        List the contract number of any          **Various**
        government contract

Fill in this information to identify the case:

Debtor name    **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                               Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Amelia Management LLC | 1110 N Grand Avenue, Ste. 300<br>Charles City, IA 50616 | First Security Bank & Trust Co. | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Amelia Trust | c/o Judith M. Odonohoe<br>P.O. Box 307<br>116 N Main Street<br>Charles City, IA 50616 | First Security Bank & Trust Co. | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Charles M. Thomson | 1110 N Grand Avenue, Ste. 300<br>Charles City, IA 50616 | First Security Bank & Trust Co. | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Robert L. Thomson | 401 Spriggs Street<br>Charles City, IA 50616 | First Security Bank & Trust Co. | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Iowa

In re  **McQuillen Place Company, LLC**

Debtor(s)

Case No.

Chapter **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $    33,339.69

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    3,006.75

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)    $ | 2,123.33 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 157.33 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 2,378.17 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 30.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 1,542.75 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                          TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| RET | 1,248.00 |

22. Total Monthly Expenses (Add items 3-21)    $    7,479.58

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    -4,472.83

**Fill in this information to identify the case:**

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Statement of Financial Affairs; List of Equity Security Holders; Statement Regarding Authority to Sign & File Petition; Resolution; Payment Advices**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2019**       X /s/ Charles M. Thomson
                                    Signature of individual signing on behalf of debtor

                                    **Charles M. Thomson**
                                    Printed name

                                    **Owner**
                                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Iowa

In re   **McQuillen Place Company, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles M. Thomson**<br>**1110 North Grand Avenue, Ste. 300**<br>**Charles City, IA 50616** | | **60** | |
| **James Gray**<br>**804 W Roberts Road**<br>**Barrington, IL 60010** | | **40** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 10, 2019** _____

Signature   **/s/ Charles M. Thomson** _____
                   **Charles M. Thomson**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Iowa

In re **McQuillen Place Company, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **McQuillen Place Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 10, 2019**

Date

**/s/ Donald H. Molstad**

**Donald H. Molstad 3755**

Signature of Attorney or Litigant

Counsel for **McQuillen Place Company, LLC**

**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036 Fax:712-255-4642**
**mlawfirm@yahoo.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In Re:<br><br>McQUILLEN PLACE COMPANY, LLC,<br><br>      Debtor. | CHAPTER 11<br>CASE NO. 19-00507M<br>**APPEARANCE AND REQUEST**<br>**FOR NOTICE** |

     The undersigned hereby enters his appearance on behalf of the City of Charles City, Iowa, a party in interest herein.

     Pursuant to Rule 2002, U.S. Bankruptcy Rules, the undersigned hereby requests that copies of all papers filed or served in this case, including all pleadings and correspondence served or required to be served in this case, or any relating proceeding, be sent to:

Brad Sloter
Noah Smith & Schuknecht PLC
200 North Johnson Street.
Charles City, IA 50616
Telephone: (641) 228-4533
Email: brads@nsslaw.net

                Respectfully submitted,

                NOAH, SMITH & SCHUKNECHT, P.L.C.
                200 N. Johnson St.
                Charles City, Iowa  50616-0309
                Telephone (641) 228-4533
                Fax (641) 228-5748
                brads@nsslaw.net

                By:  ____*/s/ Brad Sloter*_____
                     Brad Sloter

                ATTORNEYS FOR CITY OF CHARLES CITY, IOWA

– 2 –

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2019, a true and correct copy of the foregoing document was served electronically on all persons who receive electronic notice through the Court's CM/ECF system.

*/s/ Jessica Hyde*

# United States Bankruptcy Court
## Northern District of Iowa

In re   **McQuillen Place Company, LLC**

                                   Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Charles M. Thomson**, declare under penalty of perjury that I am the **Owner** of **McQuillen Place Company, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of ___, 20___.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles M. Thomson, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles M. Thomson, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles M. Thomson, Owner** of this Corporation is authorized and directed to employ **Donald H. Molstad 3755**, attorney and the law firm of **Molstad Law Firm** to represent the corporation in such bankruptcy case."

Date   _____5\|10\|19_____         Signed   _Charles M. Thomson_____

                                                     **Charles M. Thomson**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Resolution of Board of Directors
of
**McQuillen Place Company, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Charles M. Thomson, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Charles M. Thomson, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Charles M. Thomson, Owner** of this Corporation is authorized and directed to employ **Donald H. Molstad 3755**, attorney and the law firm of **Molstad Law Firm** to represent the corporation in such bankruptcy case.

Date _____5/10/19_____          Signed _____Charles M. Thomson_____

Date _____          Signed _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO.: 19-00507M |
| McQUILLEN PLACE COMPANY, LLC, | ) | |
| | ) | APPEARANCE AND REQUEST |
| Debtor(s) | ) | FOR NOTICE |

COMES NOW, the undersigned and appears in this matter as attorney for the Elwood Law Firm, a creditor and party in interest.

The undersigned requests the entities receiving a copy hereof take Notice that pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9007, and Local Bankruptcy Rule 2002-1(b) that all filings made or required to be served in this case, be given to and served upon:

> JUDITH O'DONOHOE
> Elwood, O'Donohoe, Braun & White, LLP
> 116 North Main Street
> P.O. Box 307
> Charles City, IA 50616
> Telephone: 641-228-8054
> Facsimile: 641-228-8057
> Email: charlescity@elwoodlawfirm.com

Please take further notice that this request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, reports, Rule 6004 Reports, schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Appearance and Request for Notice does not constitute a consent to jurisdiction of the Court over non-core proceedings under 28 U.S.C. §157.

1

_(signature)_

JUDITH O'DONOHOE - AT0005849 of
*ELWOOD, O'DONOHOE,*
  *BRAUN & WHITE, LLP.*
116 North Main Street, P.O. Box 307
Charles City, IA 50616
(641) 228-8054 - Telephone
(641) 228-8057 - Fax
charlescity@elwoodlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, Judith O'Donohoe, certifies that on the _16th_ day of May, 2019, she served a copy of the foregoing document on the United States Trustee, Debtor(s), attorney for Debtor(s) and other parties having requested notice pursuant to Rule 2002 electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties:

James L. Snyder
Acting United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101

Charles M. Thomson
Law Offices of Charles M. Thomson
1110 N. Grand Avenue, Suite 300
Charles City, IA 50616

_(signature)_

Judith O'Donohoe (AT0005849)

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                          )      CHAPTER 11
                                )      CASE NO. 19-507M
McQuillen Place Company LTD,    )
                                )
                                )
                                )      NOTICE OF APPOINTMENT
              Debtors.          )      OF CREDITORS' COMMITTEE


The Acting United States Trustee reports that the following creditors have been appointed to serve on an unsecured creditors' committee in this case:

1.  Pederson Plumbing. 412 Sample Street, Nashua IA 50658.

CONTACT:  Allen O. Pederson.  Phone 641-435-4505, FAX 641-435-4525 email Olliepe@hotmail.com

2.  Mills, Inc., 1906 Gilbert Street, Charles City IA 60616.  CONTACT: Kelvin E. Keiffer, President.  Phone 641-225-2545, FAX 541-225-1005, email Kelvin@mills-inc.com

3.  T-J Service, Inc.  221 N. Main Stree, Charles City IA 50616  CONTACT:  Tom Brock, President.  Phone 641-228-1521, FAX 641-228-7482, email Shackcc@rconnect.com

4.  The United States Trustee appoints Allen O. Pederson of Pederson Plumbing as temporary Chairman until such time as the Committee elects a Chairman.

5.  To ensure adequate representation of the scheduled

1

unsecured creditors, the United States Trustee reserves the right to add or remove committee members.

Dated this 20th day of May, 2019.

> James L Snyder
> Acting United States trustee
> Region 12
>
> By:/s/ L. Ashley Zubal
> **L. Ashley Zubal**
> ID # IS9998256
> Federal Building, Room 793
> 210 Walnut Street
> Des Moines, Iowa 50309-2108
> Ph:(515)323-2269/Fax: 284-4986
> Ashley.Zubal@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on May 20, 2019:

Donald H. Molstad

Charles McQuillen Thomson

Committee members
Creditors holding the twenty largest unsecured claims
Parties requesting notice pursuant to Bankruptcy Rule 2002
Parties receiving electronic service via CM/ECF

> _/s/ Jennifer L. Cine_
> Jennifer L. Cline
> Paralegal Specialist

2

McQuillen

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DIVISION OF IOWA

In re:

|  |  |
|---|---|
| | CHAPTER 11 |
| MCQUILLEN PLACE COMPANY, LLC | BANKRUPTCY NO. 19-00507 |
| Debtor. | ORDER RE: APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY |

---

THIS matter comes before the Court on the debtor's application for Approval of Employment of Attorney and the Court being duly advised in the premises, FINDS:

1. That the applicant is the debtor in this case.

2. That Donald H. Molstad of Molstad Law Firm as attorney is qualified by reason of practice experience to render such representation or assistance.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the debtor's Application for Approval of Employment of Attorney be and is hereby approved.

Dated and Entered:

May 28, 2019

_____
JUDGE

PREPARED BY:

/S/ Donald H. Molstad
Donald H. Molstad (3755)
ATTORNEY FOR DEBTOR

Amelia Management, LLC
1110 N. Grand Avenue, Ste. 300
Charles City, IA 50616


Amelia Trust
c/o Judith M. Odonohoe
P.O. Box 307
116 N. Main Street
Charles City, IA 50616


Cornice & Rose Intl Ltd.
804 W. Roberts Road
Barrington, IL 60010


Kamm Excavating Corp.
1301 Hildreth Street
Charles City, IA 50616


O'Hara's Son Roofing Corporation
3306 N. Knox Avenue
Chicago, IL 60641


Premier Cleaners
816 First Avenue N
Fort Dodge, IA 50501