**Fill in this information to identify the case:**

Debtor 1 McQuillen Place Company, LLC

Debtor 2 (Spouse, if filing) ____________________

United States Bankruptcy Court for the: Northern District of Iowa

Case number 19-00507

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Day Rettig Martin, P.C.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____________________

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____________________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: Day Rettig Martin, P.C. | Name: Day Rettig Martin, P.C. |
| Number Street: 150 1st Ave NE Suite 415 | Number Street: P.O. Box 2877 |
| City: Cedar Rapids State: IA ZIP Code: 52401 | City: Cedar Rapids State: IA ZIP Code: 52406 |
| Contact phone (319) 365-0437 | Contact phone ____________ |
| Contact email ronm@drpjlaw.com | Contact email ____________ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____________________

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 6,330.00. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Legal services performed.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 07/05/2019
MM / DD / YYYY

Ronald C. Martin
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Ronald (First name) C. (Middle name) Martin (Last name)

Title: Attorney, Vice President

Company: Day Rettig Martin, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 150 1st Avenue, NE, Suite 415 (Number Street)
Cedar Rapids (City) IA (State) 52401 (ZIP Code)

Contact phone (319) 365-0437 Email ronm@drpjlaw.com

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P.O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866
Federal ID: 42-1386412

McQuillen Place Company, LLC
c/o Charles Thomson, Reg Agent
1110 N. Grand Avenue, Suite 300
Charles City, IA 50616

Statement Date: December 31, 2017
Statement No. 115117
Account No. 4163.01

---

Matter: McQuillen Place and Amelia Management

Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/01/2017 | RCM | Telephone call with Attorney Charles Thomson regarding potential representation of business and Chapter 11 bankruptcy. | 300.00 | 0.20 | 60.00 |
| 12/11/2017 | RCM | Review and revise letter to client regarding information needed to assist with financial restructuring. | 300.00 | 0.20 | 60.00 |
| 12/13/2017 | RCM | Receive and review e-mail from Charles Thomson regarding matters to discuss. | 300.00 | 0.10 | 30.00 |
| | RCM | Review, revise, and approve letter to Charles Thomson regarding documents and the Questionnaire. | 300.00 | 0.50 | 150.00 |
| 12/14/2017 | RCM | Draft e-mail to client regarding communications. Receive and review response. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail from Charles Thomson with financial information for McQuillen Place in body of message and attached spreadsheet with financing plan. Review attached spreadsheet. | 300.00 | 0.50 | 150.00 |
| | RCM | Telephone call with Charles Thomson about representation and options for Chapter 11 bankruptcies for construction projects. | 300.00 | 0.10 | 30.00 |
| 12/15/2017 | RCM | Telephone calls to Scott Wilson of University of Iowa Community Credit Union and Aaron Frederick of University of Iowa Community Credit Union regarding potential financing for real estate construction project. Telephone call with Steve Huedepohl of Community First Credit Union regarding financing for real estate construction project. Receive and review e-mail from Steve Huedepohl regarding potential financing (out of service area). | 300.00 | 0.30 | 90.00 |
| 12/18/2017 | RCM | Telephone call with Charles Thomson regarding financing calls and status of construction project and financing. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail message from Charles Thomson with e-mail thread from Cedar Rapids Bank and Trust on potential subordination for new money lender. | 300.00 | 0.10 | 30.00 |

McQuillen Place Company, LLC

| | |
|---|---|
| Statement Date: | 12/31/2017 |
| Statement No. | 115117 |
| Account No. | 4163.01 |

| | | Rate | Hours | |
|---|---|---|---|---|
| RCM | Receive and review e-mail from client forwarding message from Bank stating that the loans were now transferred to special servicing. | 300.00 | 0.10 | 30.00 |
| | For Current Services Rendered | | 2.30 | 690.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ronald C. Martin | 2.30 | $300.00 | $690.00 |

| | |
|---|---|
| Total Current Work | 690.00 |
| Balance Due | $690.00 |

Page 2

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P.O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866
Federal ID: 42-1386412

McQuillen Place Company, LLC
c/o Charles Thomson, Reg Agent
1110 N. Grand Avenue, Suite 300
Charles City, IA 50616

Statement Date: January 31, 2018
Statement No. 115229
Account No. 4163.01
Page: 1

---

Matter: McQuillen Place and Amelia Management

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/05/2018 | RCM | Meet with Bradley East of Wells Fargo Bank about potential financing for McQuillen real estate project. | 300.00 | 0.10 | 30.00 |
| 01/08/2018 | RCM | Meet with Wells Fargo representative about financing. Draft e-mail to Charles Thomson regarding response that Wells Fargo was not interested. | 300.00 | 0.20 | 60.00 |
| | RCM | Draft detailed e-mail message to Alex Moglia regarding financing for McQuillen construction project. Request information for financing. | 300.00 | 0.20 | 60.00 |
| 01/11/2018 | RCM | Receive and review e-mail from Charles Thomson containing e-mail thread and with a Notice of Default attached. Review Default Notice. | 300.00 | 0.20 | 60.00 |
| 01/16/2018 | RCM | Receive and review Notice of Default from Cedar Rapids Bank and Trust regarding McQuillen and Amelia loan. | 300.00 | 0.20 | 60.00 |
| 01/24/2018 | RCM | Review file. Receive and review multiple e-mails from client. Send responses to each of the inquiries in the e-mail. Pull case regarding Panther Mountain Land Development, LLC and attach to message to client. | 300.00 | 1.50 | 450.00 |
| 01/26/2018 | RCM | Receive and review e-mail from client with McQuillen Place appraisal attached. Review appraisal. | 300.00 | 0.30 | 90.00 |
| | | For Current Services Rendered | | 2.70 | 810.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ronald C. Martin | 2.70 | $300.00 | $810.00 |

McQuillen Place Company, LLC

Statement Date: 01/31/2018
Statement No. 115229
Account No. 4163.01

| | |
|---|---|
| Total Current Work | 810.00 |
| Previous Balance | $690.00 |
| Balance Due | $1,500.00 |

Page 2

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P.O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866
Federal ID: 42-1386412

McQuillen Place Company, LLC
c/o Charles Thomson, Reg Agent
1110 N. Grand Avenue, Suite 300
Charles City, IA 50616

Statement Date: February 28, 2018
Statement No. 115559
Account No. 4163.01

---

Matter: McQuillen Place and Amelia Management

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/02/2018 | RCM | Receive and review detailed e-mail message from Charles Thomson regarding appliances and payments for appliances for construction project; review attached spreadsheets; draft detailed response providing counsel. | 300.00 | 0.80 | 240.00 |
| 02/05/2018 | RCM | Receive and review e-mail thread from Charles Thomson regarding budget for construction project. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail from Charles Thomson with proposal for resuming construction directed to Bank; review attached proposal. | 300.00 | 0.40 | 120.00 |
| 02/06/2018 | RCM | Receive and review e-mail from Charles Thompson containing e-mail thread with officers of First Security Bank regarding financial situation of construction project and construction companies. | 300.00 | 0.30 | 90.00 |
| | RCM | Receive and review message from Charles Thomson with construction budget attached; review budget. | 300.00 | 0.30 | 90.00 |
| 02/07/2018 | RCM | Receive and review e-mail from client with e-mail thread attached regarding construction costs. | 300.00 | 0.20 | 60.00 |
| 02/11/2018 | RCM | Receive and review e-mails from Charles Thomson with attached documents regarding construction project; review attachments. | 300.00 | 0.30 | 90.00 |
| 02/13/2018 | RCM | Receive and review e-mail from Charles Thompson with attachment, letter to Joe Benter; review letter. | 300.00 | 0.30 | 90.00 |
| | RCM | Receive and review two copies of e-mails from Charles Thomson to persons regarding construction project and financing. | 300.00 | 0.20 | 60.00 |
| 02/15/2018 | RCM | Receive and review e-mail from Charles Thomson regarding discussions with his father regarding advances and reduction of personal guaranty; potential nonjudicial foreclosure; send response regarding nonjudicial foreclosure and effect on personal guaranties; no deficiency. | 300.00 | 0.30 | 90.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | RCM | Receive and review e-mail from Charles Thomson inquiring about fraudulent conveyance against architect; send detailed response. | 300.00 | 0.40 | 120.00 |
| | RCM | Receive and review e-mail message from Charles Thomson forwarding message from city council member for Charles City regarding update for construction project; review Charles Thomson comments; send response. | 300.00 | 0.20 | 60.00 |
| 02/16/2018 | RCM | Receive and review e-mail message from Charles Thomson inquiring about restructuring in Chapter 13 as opposed to Chapter 11; draft detailed response. | 300.00 | 0.60 | 180.00 |
| 02/19/2018 | RCM | Receive and review e-mail from Charles Thomson regarding revised summary sheet; conflict of interest issue; Bank withdrawing proposal regarding lowering one for two dollars on personal guaranty for additional financing by Charles Thomson's father; review attached completion proposal document; draft detailed e-mail response. | 300.00 | 0.50 | 150.00 |
| 02/20/2018 | RCM | Receive and review e-mail message from Charles Thomson stating that third party source will not provide additional financing; send detailed response suggesting options in bankruptcy. | 300.00 | 0.40 | 120.00 |
| | RCM | Review draft of Conflict Waiver for Charles Thomson. | 300.00 | 0.20 | 60.00 |
| 02/21/2018 | RCM | Receive and review multiple e-mail messages from Charles Thompson regarding status of construction project and financing. | 300.00 | 0.30 | 90.00 |
| | RCM | Receive and review e-mail from Steve Fain regarding lease termination document; send response. (No charge) | 300.00 | 0.20 | 0.00 |
| 02/22/2018 | RCM | Receive and review message from Charles Thomson to Dave Castelluccio regarding project plan. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail thread from Charles Thomson and message that he has a meeting with Bank. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review second e-mail thread from Charles Thomson to Joe Benter regarding financing conversations with Bank. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review forwarded message from Charles Thomson regarding gossip circulating about guarantors. | 300.00 | 0.10 | 30.00 |
| | | For Current Services Rendered | | 6.40 | 1,860.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ronald C. Martin | 0.20 | $0.00 | $0.00 |
| Ronald C. Martin | 6.20 | 300.00 | 1,860.00 |

| | | |
|---|---|---|
| | Total Current Work | 1,860.00 |
| | Previous Balance | $1,500.00 |

Payments

| | | |
|---|---|---|
| 08/08/2018 | Payment received from Charles M. Thomson, Ck# 3141- Thank you | -1,000.00 |

| | |
|---|---|
| Statement Date: | 02/28/2018 |
| Statement No. | 115559 |
| Account No. | 4163.01 |

McQuillen Place Company, LLC

Balance Due $2,360.00

Account No: 4163-01M
Statement No: 116823

McQuillen Place Company, LLC
c/o Charles Thomson, Reg Agent
1110 N. Grand Avenue, Suite 300
Charles City IA 50616

PRE BILL

****DO NOT SEND****
BANKRUPTCY FILED 04/25/2019
Matter: McQuillen Place and Amelia Management

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/01/2018 | RCM | Receive and review e-mails from Charles Thomson regarding construction project. Send e-mail response to Charles Thomson regarding who David Castelluccio is and his role. | 300.00 | 0.30 | 90.00 |
| 03/13/2018 | NLC | Draft three (3) releases for creditors (one for Charles Thomson individually, one for Amelia Management, and one from McQuillen Place Company, LLC. | 125.00 | 0.50 | 62.50 |
| | NLC | Draft three (3) releases for accountants (one for Charles Thomson individually, one for Amelia Management, and one for McQuillen Place Company, LLC). | 125.00 | 0.40 | 50.00 |
| | RCM | Receive and review multiple e-mails from Charles Thomson regarding possible foreclosure of McQuillen real estate; send detailed responses. | 300.00 | 0.60 | 180.00 |
| | RCM | Review file in anticipation of contacting Attorney Joe Schmall and Attorney Mark Conway regarding foreclosure and potential bankruptcy. | 300.00 | 0.50 | 150.00 |
| | RCM | Telephone call with Attorney Mark Conway regarding Debtor-in-Possession financing; left message. | 300.00 | 0.10 | 30.00 |
| | RCM | Telephone call with Attorney Joe Schmall regarding foreclosure against McQuillen Place Company, LLC. | 300.00 | 0.20 | 60.00 |
| | RCM | Telephone call with Charles Thomson regarding potential foreclosure of McQuillen. | 300.00 | 0.30 | 90.00 |
| | RCM | Receive and review e-mails from Attorney Charles Thomson; draft e-mails to Attorney Charles Thomson regarding foreclosure and representations. | 300.00 | 0.50 | 150.00 |
| | RCM | Review the Engagement and Attorney Fee Agreement and Notice and Waiver of Conflict of Interest Prepared for Charles Thomson. | 300.00 | 0.40 | 120.00 |
| 03/14/2018 | RCM | Receive message from Attorney Joe Schmall that bank was going to proceed with foreclosure action against McQuillen. | 300.00 | 0.10 | 30.00 |

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/16/2018 | RCM | Receive and review e-mail from Attorney Joe Schmall with copies of Original Notice and Foreclosure Petition attached; send response stating that I was not authorized to accept service. | 300.00 | 0.30 | 90.00 |
| | RCM | Telephone call with Charles Thomson regarding foreclosure action filed against McQuillen. | 300.00 | 0.30 | 90.00 |
| | RCM | Receive and review e-mail and attachments from Charles Thomson; review attachments including Foreclosure Petition and Request for Acceptance of Service. | 300.00 | 0.20 | 60.00 |
| | RCM | Receive and review e-mail from Charles Thomson regarding his conversation with Iowa Economic Development Association. | 300.00 | 0.10 | 30.00 |
| | RCM | Telephone call with Charles Thomson regarding Foreclosure Petition filed by Attorney Joe Schmall on behalf of Cedar Rapids Bank & Trust. | 300.00 | 0.30 | 90.00 |
| 03/21/2018 | RCM | Telephone call with Attorney Mark Conway regarding McQuillen foreclosure and potential Chapter 11 bankruptcy with pump priming by his client. | 300.00 | 0.50 | 150.00 |
| 03/22/2018 | DAL | Draft Special Meeting of Board of Directors and Shareholders of McQuillen Place Company, LLC. | 125.00 | 0.60 | 75.00 |
| | RCM | Receive and review e-mails and attachments from Charles Thomson with proposal for general contractor on McQuillen Project attached; review attachments and message. | 300.00 | 0.50 | 150.00 |
| | RCM | Receive and review e-mail from Charles Thomson forwarding message and proposal to the other party. | 300.00 | 0.10 | 30.00 |
| 03/26/2018 | RCM | Receive and review e-mail from Charles Thomson. | 300.00 | 0.10 | 30.00 |
| 03/27/2018 | RCM | Receive and review e-mail from Charles Thomson stating that company was served. | 300.00 | 0.10 | 30.00 |
| 03/30/2018 | RCM | Receive and review e-mail from Charles Thomson regarding apartments. | 300.00 | 0.10 | 30.00 |
| 04/01/2018 | JMS | Receipt and review of correspondence; draft initial Answer to Foreclosure Petition. | 200.00 | 1.30 | 260.00 |
| 04/03/2018 | JMS | Edit Answer and review of Notice regarding service dates. | 200.00 | 0.40 | 80.00 |
| | RCM | Review file with Foreclosure Petition by Cedar Rapids Bank and Trust v. McQuillen Place et al. | 300.00 | 0.30 | 90.00 |
| 04/09/2018 | JMS | Edit format of Answer for Attorney Ron Martin. | 200.00 | 0.60 | 120.00 |
| | RCM | Receive and review e-mail from Attorney John Sexton with proposed Answer to Foreclosure Petition against Amelia Management. | 300.00 | 0.10 | 30.00 |
| 04/10/2018 | JMS | Discussion with Attorney Ron Martin. | 200.00 | 0.20 | 40.00 |
| | RCM | Telephone call with Charles Thomson regarding potential litigation, Foreclosure Petition and Answer. | 300.00 | 0.30 | 90.00 |
| 04/11/2018 | JMS | Review time to answer Foreclosure Petition. | 200.00 | 0.20 | 40.00 |
| | RCM | Receive and review e-mail from Charles Thomson regarding | | | |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Foreclosure Petition and Answer. | 300.00 | 0.10 | 30.00 |
| 04/19/2018 | RCM | Receive and review e-mail from Charles Thomson stating that he would have another attorney answer the mortgage Foreclosure Complaint; send response. | 300.00 | 0.10 | 30.00 |
| 05/04/2018 | SMD | Download latest filings in Cedar Rapids Bank & Trust v. McQuillen Place Company, LLC et (Case No. EQCV031170); draft e-mail to Attorneys Ron Martin and Aaron Blair regarding same; and calendar Trial setting Conference. | 125.00 | 0.30 | 37.50 |
| | RCM | Telephone call with Joe Schmall at Bradley and Riley. | 300.00 | 0.10 | 30.00 |
| | RCM | Telephone call with Bradley and Riley. | 300.00 | 0.10 | 30.00 |
| | RCM | Telephone call with Joe Schmall. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail from Paralegal Susan Daves with 7 new filings. | 300.00 | 0.10 | 30.00 |
| 05/16/2018 | AJB | Phone call with Shannon regarding Debtor-in-Possession financing. | 200.00 | 0.40 | 80.00 |
| | RCM | Telephone call with Charles Thomson. | 300.00 | 0.40 | 120.00 |
| | RCM | Receive and review forwarded e-mail conversation between Charles Thomson, Joseph Schmall, and David Castelluccio regarding lien amounts and Pat Crane. | 300.00 | 0.10 | 30.00 |
| 05/22/2018 | SMD | Download latest filings in Cedar Rapids Bank & Trust v. McQuillen Place Company, LLC et (Case No. EQCV031170); draft e-mail to Attorneys Ron Martin and Aaron Blair regarding same. | 125.00 | 0.20 | 25.00 |
| | RCM | Receive and review e-mail from Paralegal Susan Daves with four recent filings for CRBT v McQuillen Place Company LLC et al. | 300.00 | 0.10 | 30.00 |
| 06/05/2018 | RCM | Trial setting conference. | 300.00 | 1.00 | 300.00 |
| 06/14/2018 | RCM | Telephone call with Charles Thomson. | 300.00 | 0.20 | 60.00 |
| 06/25/2018 | RCM | Telephone call with Joe Schmall at Bradley and Riley. | 300.00 | 0.10 | 30.00 |
| | RCM | Receive and review e-mail from Elwood Law Firm to Charles Thomson regarding mediation conditions forwarded by Charles Thomson with a lengthy e-mail regarding the same; draft response with answers to various questions; receive and review response regarding position statements, construction, and mediation. | 300.00 | 0.20 | 60.00 |
| 07/03/2018 | RCM | Receive and review e-mail from Charles Thomson regarding Ann Schmid and the foreclosure, with attached 6 e-mail conversation between Elwood Law, Charles Thomson, Ann Schmid, Rita Grimm, and Attorney Joseph Schmall regarding the McQuillen property foreclosure with attached Iowa Economic Development Authority Memo. | 300.00 | 0.10 | 30.00 |
| 07/12/2018 | JMS | Review Engagement and Attorney Fee Agreement. | 200.00 | 0.20 | 40.00 |
| 07/23/2018 | RCM | Receive and review message regarding hearing on Application to Determine if Personal Service Accomplished on Charles Thomson in Charles City. | 300.00 | 0.10 | 30.00 |

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 07/31/2018 | RCM | Receive and review lengthy e-mail from Charles Thomson with an announcement from McQuillen Place regarding reasons for halted construction; draft response regarding intentions for the document and Chapter 11; receive and review response regarding reasoning behind the document and potential filing of a Chapter 11. | 300.00 | 0.50 | 150.00 |
| | RCM | Receive and review e-mail from Charles Thomson with Answer, Affirmative Defenses and Counterclaim for McQuillen Place foreclosure with message regarding ten day notice and witnesses review. | 300.00 | 0.50 | 150.00 |
| | | For Current Services Rendered | | 15.50 | 3,970.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ronald C. Martin | 10.20 | $300.00 | $3,060.00 |
| Dahlia Latif | 0.60 | 125.00 | 75.00 |
| Susan Daves | 0.50 | 125.00 | 62.50 |
| Aaron J. Blair | 0.40 | 200.00 | 80.00 |
| John Sexton | 2.90 | 200.00 | 580.00 |
| Nicole L. Cihla | 0.90 | 125.00 | 112.50 |

| | |
|---|---|
| Total Current Work | 3,970.00 |
| Previous Balance | $2,360.00 |
| Balance Due | $6,330.00 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,970.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,360.00 |

Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 7,330.00 | 26.90 | 0.00 | 0.00 | 0.00 | 1,000.00 |