FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
OCT 22 2019
Clerk of Court
By: _____ Deputy

**Fill in this information to identify the case:**

Debtor 1: McQuillen Place Company, LLC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 19-00507

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Floyd County Treasurer
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: Floyd County Treasurer
Number Street: 101 S. Main ST Ste 303
City/State/ZIP: Charles City, Iowa 50616
Contact phone: 641-257-6118
Contact email: treasurer@floydcoia.org

Where should payments to the creditor be sent? (if different)
Name: _____
Number Street: _____
City/State/ZIP: _____
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 402,236.24 . Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Property Tax

**9. Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.

**Nature of property:**
☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410         Proof of Claim         page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No  ☒ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $402,236.24 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_/s/ Francis H. Pottinghaus_
Signature

Print the name of the person who is completing and signing this claim:

Name: Francis Henry Pottinghaus
  First name / Middle name / Last name

Title: Floyd County Treasurer

Company: Floyd County Iowa
  Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 101 S Main ST Ste 303
  Number / Street
  Charles City    Iowa    50616-2792
  City / State / ZIP Code

Contact phone: 641-257-6118
Email: treasurer@floydcoia.org

Official Form 410    Proof of Claim    page 3

```
STATEMENT OF TAXES              Floyd County Treasurer               Page-    1
                                Frank H. Rottinghaus
                                101 S. Main St Ste 303
                                Charles City, Iowa 50616 2765
                                treasurer@floydcoia.org

                                                              Date 10/18/2019
```

Entity#:   9938268
Name:      McQuillen Place Company, LLC

Address:   1110 N Grand Avenue, Suite 300

City:      Charles City, IA   50616

```
        Statement amounts reflect calculation through end of    10/2019
================================================================================
Receipt Key               1st Tax      Interest    Drainage    Cost
Dist  Parcel/V.I.N.       2nd Due      Due         INT Due         Total Due
================================================================================
2018/2019-10-09446-01     106,265.00   20,722.00
411-       110146700600   106,265.00   11,158.00
 123    N MAIN CHARLES CITY                                          244,410.00
2019/2020-10-09392-01     108,431.00    1,626.00
411-       110146700600
 123    N MAIN CHARLES CITY                                          110,057.00
2019/2020-90-19038-01      47,058.24      706.00               5.00
411-       110146700600
 123    N MAIN CHARLES CITY - CC SIDEWALK REPLACEMNT                  47,769.24




Spec-47,058.24  Real-320,961.00              Tax     Due:         368,019.24
                                             Interest Due:         34,212.00
      Acre:        .00           Drainage    Interest Due:
                                             Cost/Admin. Due:           5.00

                                     Grand Total Due:            402,236.24
                                     Total Consolidated Tax:     402,236.24
```