**Fill in this information to identify the case:**

Debtor 1  McQuillen Place Company, LLC

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Iowa

Case number  19-00507

Official Form 410

# Proof of Claim                                                                04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

U.S. Trustee
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

U.S. Trustee
Name

210 Walnut Street Room 793
Number         Street

Des Moines IA  5030
City                              State           ZIP Code

Contact phone  319-364-2211

Contact email  Jennifer.L.Cline@usdoj.gov

**Where should payments to the creditor be sent?** (if different)

_____
Name

_____
Number         Street

_____
City                              State           ZIP Code

Contact phone  _____

Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                                                Proof of Claim                                                          page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____650.00_____.   **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Fees under Chapter 123 of Title 28, United States Code

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.   The claim is secured by a lien on property.
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property**: $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ☐ No
    ☑ Yes. Identify the property: Delinquent fees may be or become subject to setoff by Treasury.

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ **Yes.** Check one: | **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☒ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies.    $_____650.00

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/13/2020
                   MM / DD / YYYY

/s/ Jennifer L. Cline
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Jennifer         L.           Cline
            First name       Middle name  Last name

Title       Paralegal Specialist

Company     U.S. Trustee
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     111 7th Ave SE, Box 17
            Number        Street
            Cedar Rapids IA   52401
            City                       State    ZIP Code

Contact phone  319-364-2211              Email  Jennifer.L.Cline@usdoj.gov

**ADDENDUM TO UNITED STATES TRUSTEE'S PROOF OF CLAIM**

In support of the United States Trustee's Proof of Claim, the United States Trustee states the following. The claim is for unpaid fees owed to the United States Trustee under 28 U.S.C. § 1930(a)(6). These fees are afforded priority under 11 U.S.C. § 507(a)(2). This claim has equal priority to all claims allowed under 11 U.S.C. § 503(b) incurred after this case was converted from chapter 11. *See* 11 U.S.C. §§ 726(b), 1226(b), and 1326(b).

As of the date of this Proof of Claim, the amount of the United States Trustee's claim is $650.00___. Attached hereto as **Exhibit A** is a statement reflecting the basis for the computation of the quarterly fee claim.

The unpaid chapter 11 quarterly fees accrued during the Debtor's chapter 11 proceeding. The amount of fees due each quarter is based on disbursements. However, because disbursement information can and does change, particularly if there were data entry errors or the Debtor failed to file accurate and timely monthly operating reports in chapter 11, the amount of fees reflected in this claim is an estimate and the final amounts may change. During the chapter 11 proceeding, interest accrued on any unpaid fees. Because the amount of fees is an estimate, the amount of any accrued interest also is an estimate.

This claim reflects the known liability of the Debtor to the United States Trustee. The United States Trustee reserves the right to amend this claim to assert subsequently discovered liabilities.



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
US Trustees, US Department of Justice

### Account Reconciliation

Field Office: 12 02 Cedar Rapids, IA

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 624-19-00507 | **CPC:** | **OCS:** | **Billed($):** | 975.00 |
| **Debtor:** MCQUILLEN PLACE COMPANY, LLC | **CDC:** | **CTO:** | **Fees($):** | 975.00 |
| **Opened:** 04-25-19   **Closed:** 12-09-19 | **CNV:** 12-09-19 | **CBC:** | **Interest($):** | 0.00 |
| | | **TIN:** | **Payments($):** | -325.00 |
| | | | Principal($): | -325.00 |
| | | | Interest($): | 0.00 |
| | | | **Balance($):** | 650.00 |

| Quarterly Fees and Disbursements | | | Payments | | | |
|---|---|---|---|---|---|---|
| Quarter | Disbursements ($) | Fee ($) | Batch/Trans ID | Date | Type Code | Payment($) |
| 2-2019 | | 325 Est | 03-048 | 09-05-19 | PMTLB | -325.00 |
| 3-2019 | 12,589 | 325 | | | | |
| 4-2019 | | 325 Est | | | | |

**Interest**

To date, there have been no interest assessment transactions posted for this account.