| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   McQuillen Place Company, LLC | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court   **Northern District of Iowa** | |
| Case number:  **19–00507** | |

FILED
**U.S. Bankruptcy Court**
**Northern District of Iowa**
3/5/2020
**Megan R. Weiss, Clerk**

Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Cornice & Rose International, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Cornice & Rose International, LLC
Name

804 Roberts Road
Tower Lakes
Barrington, IL 60010

Contact phone _____8474879487_____
Contact email ___james.gray@corniceandrose.com___

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**Where should payments to the creditor be sent?** (if different)

_____
Name

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                Proof of Claim                                page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |

| | | | |
|---|---|---|---|
| 7. How much is the claim? | $ 2516851.30 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Architectural and Construction Management Services and Construction Materials

9. **Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe:

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

| | |
|---|---|
| **Value of property:** | $ 2516851.30 |
| **Amount of the claim that is secured:** | $ 2516851.30 |
| **Amount of the claim that is unsecured:** | $ 0.00    (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| **Amount necessary to cure any default as of the date of the petition:** | $ _____ |
| **Annual Interest Rate** (when case was filed) | 5 % |

☑ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   3/5/2020
                   MM / DD / YYYY

/s/  James Anthony Gray

Signature

Print the name of the person who is completing and signing this claim:

Name     James Anthony Gray
         First name   Middle name   Last name

Title    Managing Director

Company  Cornice & Rose International, LLC
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address  804 Roberts Road, Tower lakes
         Number   Street
         Barrington, IL 60010
         City   State   ZIP Code

Contact phone   8474879487    Email   james.gray@corniceandrose.com

Official Form 410                     Proof of Claim                                   page 3



jconley@zarleylaw.com

March 4, 2020

**VIA EMAIL ONLY**
james.gray@corniceandrose.com

James A. Gray
Managing Director
Cornice & Rose International, LLC

      Re:     Bankruptcy No. 19-00507M: Property of Cornice & Rose International, LLC.

To Whom It May Concern:

I have been retained to evaluate Cornice & Rose International, LLC's rights in their copyrighted works used by McQuillen Place Company in the 123 Main Street project located in Charles City, Iowa. This letter is intended to ensure that the trustee overseeing the assets of McQuillen Place understands that all rights in the architectural works used in that project are owned and exclusively under the control of Cornice & Rose. This letter also notices that any attempt to transfer the rights in any embodiment of Cornice & Rose's copyrighted works would be ineffectual and could result in the transferee being liable for copyright infringement.

Any license that Cornice & Rose may have granted McQuillen Place terminated and reverted back to Cornice & Rose in accordance with Section 7.3 and 9.4 of the Standard Form of Agreement Between Owner and Architect between the parties. Even if McQuillen Place retained a license in Cornice & Rose's copyrighted material, transfer of any of rights under that is strictly prohibited and ineffectual without the written consent of Cornice & Rose per Section 7.4 of the agreement between the parties. For the sake of expediency, Cornice & Rose will not authorize any such transfer without compensation for past due amounts and the value of using their works moving forward.

Note that the scope of Cornice & Rose's copyright extends to any tangible medium of expression of their work, which includes not only drawings and plans, but any physical structure embodying their copyrighted work. Transfer of their works to any entity, including any rights in any structure would constitute copyright infringement which carries significant civil and criminal liabilities. If civil recourse would be sought by Cornice & Rose, there are grounds to establish willful infringement, which could result in enhanced damages and the recovery of attorney fees.

Accordingly, any assets that embody or otherwise contain Cornice & Rose's copyrighted works would require obtaining Cornice & Rose's consent prior to transfer.

                                                Best Regards,

                                                Joshua J. Conley

JJC/eam

CAPITAL SQUARE  |  400 LOCUST STREET  |  SUITE 200  |  DES MOINES, IOWA 50309
515-558-0200  |  WWW.ZARLEYLAW.COM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | McQuillen Place Company, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Iowa |
| Case number | 19-00507 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Cornice & Rose International, Ltd.
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Cornice & Rose International, Ltd.
Name
804 Roberts Road
Number    Street
Barrington, IL 60010
City            State            ZIP Code

Contact phone  (847) 487-9487
Contact email  james.gray@corniceandrose.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City            State            ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                                MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ■ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ $2,516,851.30 . Does this amount include interest or other charges?
   ■ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   ___See attached.___

9. Is all or part of the claim secured?
   ■ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition: $_____
   
   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ■ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. Is this claim subject to a right of setoff?
    ■ No
    ☐ Yes. Identify the property: _____

Official Form 410                     Proof of Claim                     page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. Check one:                                                                                          Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/05/2019

Cornice & Rose International, Ltd.

By: *James A Gray* (Signature)

Print the name of the person who is completing and signing this claim:

Name: James _____ Gray
       First name  Middle name  Last name

Title: Managing Member

Company: Cornice & Rose International
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 804 Roberts Road
         Number  Street
         Barrington        IL    60010
         City              State ZIP Code

Contact phone: (847) 487-9487    Email: james.gray@corniceandrose.com

Official Form 410    Proof of Claim    page 3