Fill in this information to identify the case:

Debtor 1    McQuillen Place Company, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District

Case number    19-00507

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Elwood, O'Donohoe, Braun & White, LLP
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    Judith O'Donohoe

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Elwood, O'Donohoe, Braun & White, LLP
Name

116 N. Main St., PO Box 307
Number    Street

Charles City IA 50616-0307
City    State    ZIP Code

Contact phone    641-228-8054

Contact email    charlescity@elwoodlawfirm.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. How much is the claim? | $ 8,430.51 . **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Legal services performed |
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/11/2020
        MM / DD / YYYY

Signature:  *Judith O'Donohoe*

Print the name of the person who is completing and signing this claim:

| Name | Judith | | O'Donohoe |
|---|---|---|---|
| | First name | Middle name | Last name |

Title  Partner

Company  Elwood, O'Donohoe, Braun & White, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  116 N. Main St., PO Box 307
        Number   Street

Charles City          IA          50616-0307
City                  State       ZIP Code

Contact phone  641-228-8054          Email  charlescity@elwoodlawfirm.com

---

*Exhibit A*

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:
McQuillen Place

March 11, 2020

In Reference To: Bankruptcy

Professional Services

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 4/25/2019 - JOD | Conference with CRB & T and Larry Eide and assistant attorney general re: possibility of bankruptcy and follow-up with mediator. | 1.00 175.00/hr | | 175.00 |
| 4/26/2019 - JOD | Conference with Alan Wiegel; research; trip to Mason City and back; conference with Charles Thomson re: status. | 2.50 175.00/hr | | 437.50 |
| | For professional services rendered | 3.50 | | $612.50 |

Exhibit B

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

July 03, 2018
In Reference To:    Corporation
Invoice #      40909

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 6/8/2018 JOD | Conference with Eide and Schmall. | 0.75 | 131.25 |
| 6/11/2018 JOD | Conference with Bob and two emails to Charlie. | 0.50 | 87.50 |
| 6/13/2018 JOD | Conference with Charlie; contact potential mediators; email to counsel and Charlie. | 0.50 | 87.50 |
| 6/21/2018 JOD | Correspondence and calls to opposing attorney re: meeting. | 0.50 | 87.50 |
| 6/30/2018 JOD | Start mediation statement. | 0.25 | 43.75 |
| | For professional services rendered | 2.50 | $437.50 |
| | Balance due | | $437.50 |

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 411.50 | 26.00 | 0.00 | 0.00 | 0.00 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

July 03, 2018
In Reference To:    Corporation
Invoice #      40994

|  | Amount |
|---|---|
| Previous balance | $437.50 |
| 7/3/2018 Payment - thank you. Check No. T-4667 | ($137.50) |
| Total payments and adjustments | ($137.50) |
| Balance due | $300.00 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

August 01, 2018
In Reference To:    Corporation
Invoice #     41122

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/2/2018 JOD | Work on mediation statement. | 3.00 | 525.00 |
| 7/3/2018 JOD | Add a couple of items to mediation statement. | 0.50 | 87.50 |
| 7/6/2018 JOD | Attendance at mediation. | 5.00 | 875.00 |
| For professional services rendered | | 8.50 | $1,487.50 |

Additional Charges :

| | | |
|---|---|---|
| 7/17/2018 Check #25315 to Iowa Title & Realty Co. for lien searches. | | 600.00 |
| Total costs | | $600.00 |

| | |
|---|---|
| Total amount of this bill | $2,087.50 |
| Previous balance | $300.00 |
| 7/20/2018 Payment - thank you. Check No. 8291 | ($600.00) |
| Total payments and adjustments | ($600.00) |

McQuillen Place

|  | Amount |
|---|---|
| Balance due | $1,787.50 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

September 07, 2018
In Reference To:    Corporation
Invoice #      41358

|  | Amount |
|---|---|
| Previous balance | $1,787.50 |
| Balance due | $1,787.50 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

October 03, 2018
In Reference To: Corporation
Invoice # 41580

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/10/2018 JOD | Conference with Charlie; draft answers and counterclaim; draft application to amend and counterclaim for Amelia Trust and 3rd party petition for clients. |  | 3.00 | 525.00 |
| | For professional services rendered | | 3.00 | $525.00 |
| | Previous balance | | | $1,787.50 |
| | Balance due | | | $2,312.50 |

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 [ |
|---------|---------|---------|----------|----------|----------|-------|
| 525.00  | 1,787.50 | 0.00   | 0.00     | 0.00     | 0.00     |       |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

October 31, 2018
In Reference To:    Corporation
Invoice #     41810

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/9/2018 JOD | Review proposal and email Charlie. | 0.25 | 43.75 |
| 10/16/2018 JOD | Conference with client and attend mediation. | 2.00 | 350.00 |
| 10/22/2018 JOD | Finish research re: guarantee and letter to Charlie. | 1.00 | 175.00 |
| 10/24/2018 JOD | Review denial; research alternative to get a hearing and dictate request. | 1.00 | 175.00 |
| 11/2/2018 JOD | Review press release and conference with Charlie. | 0.50 | 87.50 |
| | For professional services rendered | 4.75 | $831.25 |

Additional Charges :

| | | |
|---|---|---|
| 10/9/2018 | Postage for mailing of counterclaim. | 1.84 |
| 10/30/2018 | Check #25414 to Polk County Sheriff's Office for McQullen Place. | 80.00 |
| | Total costs | $81.84 |

| | |
|---|---|
| Total amount of this bill | $913.09 |
| Previous balance | $2,312.50 |

Amount

Balance due

$3,225.59

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---------|---------|---------|----------|----------|----------|-------|
| 1,438.09 | 0.00 | 1,787.50 | 0.00 | 0.00 | 0.00 | |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

December 3, 2018
In Reference To:    Corporation
Invoice #      42016

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/8/2018 JOD | Review and edit discovery questions and production requests. | 1.50 | 262.50 |
| 11/19/2018 JOD | Finalize discovery. | 0.50 | 87.50 |
| | For professional services rendered | 2.00 | $350.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 11/16/2018 | Credit card charge for filing fee to Iowa Judicial Branch. | 185.00 |
| 11/21/2018 | Check #25432 to Polk County Sheriff's Office for service of documents in McQuillen Place vs. Iowa Economic Development | 80.00 |
| | Total costs | $265.00 |
| | Total amount of this bill | $615.00 |
| | Previous balance | $3,225.59 |
| 11/13/2018 | Payment - thank you - Refund from Polk County Sheriff. Check No. 68482 | ($48.91) |
| | Total payments and adjustments | ($48.91) |

Amount

Balance due      $3,791.68

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---------|---------|---------|----------|----------|----------|-------|
| 1,528.09 | 525.00 | 0.00 | 1,738.59 | 0.00 | 0.00 | |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

January 2, 2019
In Reference To: Corporation
Invoice # 42244

| | Amount |
|---|---|
| Previous balance | $3,791.68 |
| 12/12/2018 Payment - thank you. Check No. 69056 | ($47.82) |
| Total payments and adjustments | ($47.82) |
| Balance due | $3,743.86 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 615.00 | 913.09 | 525.00 | 0.00 | 1,690.77 | 0.00 | |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

February 5, 2019
In Reference To:    Corporation
Invoice #       42468

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/16/2018 JOD | Conference with IDEA attorney and dictate petitions for judicial review and affidavit. | 2.00 | 350.00 |
| 11/19/2018 JOD | Do amendment to old affirmative defense. | 0.50 | 87.50 |
| 11/21/2018 JOD | Conference with Charles; look over petition; look up time limits; letter to Charlie and dictate answer. | 1.00 | 175.00 |
| 12/11/2018 JOD | Do motion to file 3rd party petition and review petition prior to filing. | 0.50 | 87.50 |
| 12/14/2018 JOD | Do motion to continue and talk with Larry Eide about it. | 0.50 | 87.50 |
| 1/7/2019 JOD | Research and reply to motion to dismiss. | 1.00 | 175.00 |
| 1/9/2019 JOD | Conference with client and with Larry Eide re: meeting. | 1.00 | 175.00 |
| 1/15/2019 JOD | Meeting at First Security Bank. | 1.50 | 262.50 |
| | For professional services rendered | 8.00 | $1,400.00 |

Additional Charges :

| | | | |
|---|---|---|---|
| 11/20/2018 | Postage for mailing of petitions to IDEA | | 1.63 |
| 1/29/2019 | Postage for mailing 3rd party petition. | | 2.47 |
| | Total costs | | $4.10 |

|  | Amount |
|---|---|
| Total amount of this bill | $1,404.10 |
| Previous balance | $3,743.86 |
| Balance due | $5,147.96 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 1,404.10 | 615.00 | 913.09 | 525.00 | 0.00 | 1,690.77 | ( |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

March 5, 2019
In Reference To:    Corporation
Invoice #      42693

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/14/2019 JOD | Do application to shorten time to answer new discovery questions. | 0.50 | 87.50 |
| 2/20/2019 JOD | Letter to Charlie; call to Randy Nielsen re: most recent discovery questions and email to judge re: agreement. | 0.75 | 131.25 |
| 2/26/2019 JOD | Conference with Charlie; letter re: my analysis of receivership issues; resview discovery and letters to Randy Nielsen. | 1.00 | 175.00 |
| 2/27/2019 JOD | File application for continuance and review emails re: settlement of issues form Randy. | 0.50 | 87.50 |
| | For professional services rendered | 2.75 | $481.25 |
| | Previous balance | | $5,147.96 |
| | Balance due | | $5,629.21 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 I |
|---------|---------|---------|----------|----------|----------|-------|
| 1,885.35 | 0.00 | 615.00 | 913.09 | 525.00 | 0.00 | 1,69 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

April 3, 2019
In Reference To:    Corporation
Invoice #      42936

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2019 | JOD | Review and analyze answer of CRB & T | 1.00 | 175.00 |
| | JOD | Start through discovery items identified by Charlie. | 1.00 | 175.00 |
| 3/8/2019 | JOD | Review discovery responses from FSB&T and draft letter to Randy. | 3.50 | 612.50 |
| 3/13/2019 | JOD | Review petition re: trust farm; research slander of title; conference with Charlie and letter to Charlie. | 1.25 | 218.75 |
| 3/14/2019 | JOD | Review and revise letter. | 0.50 | 87.50 |
| 3/18/2019 | JOD | Two conferences with Eide and letter; conference with Charlie re: offer. | 0.50 | 87.50 |
| 3/19/2019 | JOD | Review trust farm lawsuit. | 0.25 | 43.75 |
| 3/28/2019 | JOD | Participate in conference call and talk to Charlies. | 1.00 | 175.00 |
| | | For professional services rendered | 9.00 | $1,575.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 3/13/2019 | Postage for mailing letters to authorities. | 1.30 |
| | Total costs | $1.30 |
| | Total amount of this bill | $1,576.30 |
| | Previous balance | $5,629.21 |

Amount

Balance due                                    $7,205.51

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 [ |
|---------|---------|---------|----------|----------|----------|-------|
| 3,461.65 | 0.00 | 0.00 | 615.00 | 913.09 | 525.00 | 1,69 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

April 30, 2019
In Reference To:    Corporation
Invoice #      43160

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/17/2019 JOD | Various communications with Charlie, Laura from CLB&T for Ron Fiscus re: subpoena and communication with Randy Nielsen re: discovery issues. | 0.75 | 131.25 |
| 4/18/2019 JOD | Letter to Ron clarifying my position. | 0.25 | 43.75 |
| 4/23/2019 JOD | Review proposed discovery responses; apply for continuance of time to object to and answer discovery letter re: experts. | 0.50 | 87.50 |
| 4/25/2019 JOD | Finish resistance to application for receiver. | 0.50 | 87.50 |
| JOD | Prepare and file resistance to receiver. | 0.50 | 87.50 |
| For professional services rendered | | 2.50 | $437.50 |
| Previous balance | | | $7,205.51 |
| Balance due | | | $7,643.01 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 |
|---------|---------|---------|----------|----------|----------|------|
| 2,495.05 | 1,404.10 | 0.00 | 615.00 | 0.00 | 1,438.09 | 1,69 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

June 3, 2019
In Reference To:    Corporation
Invoice #      43375

### Professional Services

|  | Hours | Amount |
|---|---|---|
| 5/9/2019 JOD  Letter re: deposition and to Ron Fiscus re: subpoena. | 0.50 | 87.50 |
| 5/31/2019 JOD  Email to Judge re: status of the stay. | 0.25 | 43.75 |
| For professional services rendered | 0.75 | $131.25 |
| Previous balance | | $7,643.01 |
| Balance due | | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 |
|---------|---------|---------|----------|----------|----------|-----|
| 568.75 | 1,576.30 | 1,885.35 | 0.00 | 0.00 | 615.00 | 3,12 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

July 10, 2019
In Reference To:    Corporation
Invoice #      43603

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 131.25 | 437.50 | 1,576.30 | 481.25 | 1,404.10 | 0.00 | 3,743 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

August 8, 2019
In Reference To:    Corporation
Invoice #      43803

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 0.00 | 131.25 | 437.50 | 1,576.30 | 481.25 | 1,404.10 | 3,743 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

September 3, 2019
In Reference To: Corporation
Invoice # 44038

| | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 131.25 | 437.50 | 1,576.30 | 481.25 | 5,147 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

October 15, 2019
In Reference To:    Corporation
Invoice #      44283

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a
finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit
card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 60 Days | 90 Days | 120 Days | 150 Days | 180 Days | 210 D |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 131.25 | 437.50 | 1,576.30 | 5,629 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

November 19, 2019
In Reference To:    Corporation
Invoice #    44486

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments. Please call the office to provide your credit information. Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 7,774.26 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

December 17, 2019
In Reference To:    Corporation
Invoice #    44731

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 7,774.26 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

January 1, 2020
In Reference To:    Corporation
Invoice #      44964

|  | Amount |
|---|---|
| Previous balance | $7,774.26 |
| Balance due | $7,774.26 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 7,774.26 |

Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
office@elwoodlawfirm.com

Invoice submitted to:

McQuillen Place
c/o Charles Thomson
1110 North Grand Avenue
Suite 300
Charles City, IA 50616

February 4, 2020
In Reference To:    Corporation
Invoice #     45185

### Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/7/2020 | JOD | Conference with Vernon and review letter from him; send letter to Charley. | 0.25 | 43.75 |
|  | | For professional services rendered | 0.25 | $43.75 |
|  | | Previous balance | | $7,774.26 |
|  | | Balance due | | $7,818.01 |

All accounts carrying a balance that are not receiving monthly payments shall begin to accrue a finance charge of 1 1/2% per month after 60 days.

We accept credit card payments.  Please call the office to provide your credit information.  Credit card payments may take up to 15 days to process.

If you have not made payment arrangements with our office, please call Cathie at (641) 228-8054.

| Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|
| 43.75 | 0.00 | 0.00 | 7,774.26 |