IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| In re: McQuillen Place Company, LLC, also known as Classic Cleaners, also known as Classic Cleaners of Charles City<br>　　　Debtor<br><br>Cornice & Rose International, Inc.<br>　　　Appellant<br><br>vs.<br><br>Charles L. Smith; First Security Bank & Trust Co.; Four Keys, LLC; City of Charles City, Iowa<br>　　　Appellees | CASE NO. 6:20-cv-2040-CJW-KEM |
| In re: McQuillen Place Company, LLC, also known as Classic Cleaners, also known as Classic Cleaners of Charles City<br>　　　Debtor<br><br>Charles M. Thompson; James A. Gray<br>　　　Appellants<br>vs.<br><br>Charles L. Smith; First Security Bank & Trust Co.; Four Keys, LLC; City of Charles City, Iowa<br>　　　Appellees | CASE NO. 6:20-cv-2041-CJW-KEM<br><br>NOTICE OF PETITION FOR REVIEW IN BANKRUPTCY and SCHEDULING ORDER |

Pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), you are hereby notified that on 7/02/2020, the United States Bankruptcy Court has notified this Court that the Appellant Cornice & Rose International, Inc., has elected to have this appeal heard by the District Court. Pursuant to Federal Rule of Bankruptcy Procedure 8018(a), the following briefing schedule is established:

1. Appellant must serve and file a brief by August 6, 2020.

2. Appellee must serve and file a brief by September 7, 2020.

3. Appellant may serve and file a reply brief by September 21, 2020.

**DATED** this 7th day of July, 2020.

ROBERT L. PHELPS, Clerk of Court
United States District Court
Northern District of Iowa


By:  /s/ Deputy Clerk
        Deputy Clerk