# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CHARLES MCQUILLEN THOMSON, and JAMES A. GRAY, | |
| Appellants, | No. 20-CV-2041-CJW-KEM |
| vs. | **ORDER** |
| CHARLES L. SMITH; FIRST SECURITY BANK & TRUST CO.; FOUR KEYS, LLC; and CITY OF CHARLES CITY, | |
| Appellees. | |

_____

Appellants Charles McQuillen Thomson and James A. Gray move to extend their deadline to respond to the pending motion to dismiss appeal (Doc. 6) by eleven days. Doc. 17. The motion is unopposed, and the court finds the deadlines should be extended as requested.

IT IS ORDERED the Consent Motion and Request for Additional Time to Resist Motion to Dismiss (Doc. 17) is **granted**, and the following deadlines are extended:

  07/24/2020  Appellants' response deadline
  07/31/2020  Appellees' reply deadline

**IT IS SO ORDERED** this 15th day of July, 2020.

_____
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa